United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter **7**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Thirty-One Gifts, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-0726627** |

4. **Debtor's address**

**Principal place of business**

**951 Garden Ridge**
**Flower Mound, TX 75028**
Number, Street, City, State & ZIP Code

**Denton**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Request for Relief, Declaration, and Signatures |
| :--- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2025**
              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
              MM / DD / YYYY

**X** **/s/ Cynthia Monroe**                              **Cynthia Monroe**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of authorized representative of debtor          Printed name

Title   **CEO**
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**18. Signature of attorney**

**X** **/s/ Marc B. Merklin**                      Date  **May 15, 2025**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of attorney for debtor                          MM / DD / YYYY

**Marc B. Merklin 0018195**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed name

**Roetzel and Andress, LPA**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Firm name

**222 S Main St**
**Akron, OH 44308**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Number, Street, City, State & ZIP Code

Contact phone   **3303762700**            Email address   **mmerklin@ralaw.com**
                ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**0018195 OH**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Bar number and State

Debtor name **Thirty-One Gifts, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2025**          X **/s/ Cynthia Monroe**
                                          Signature of individual signing on behalf of debtor

                                          **Cynthia Monroe**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

Debtor name      **Thirty-One Gifts, LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $ _____0.00_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $ _____5,145,448.86_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $ _____5,145,448.86_

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____0.00_

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $ _____27,840.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ _____56,574,244.96_

4.    **Total liabilities** .......................................................................................................
    Lines 2 + 3a + 3b    $ _____56,602,084.96_

Debtor name     **Thirty-One Gifts, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **Unknown** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Huntington National Bank, as of 2/28/25** | | 9725 | $0.00 |
| 3.2. | **Royal Bank of Canada, Thirty One Gifts Canada, Inc., as of 3/20/2025** | | 8180 | $9,340.22 |
| 3.3. | **Huntington National Bank as of 2/28/25** | | 9767 | $0.00 |
| 3.4. | **Huntington National Bank 9712 as of 3/20/2025** | | 9712 | $51,097.14 |
| 3.5. | **Royal Bank of Canada, in the name of Thirty One Gifts Canada, Inc., as of 3/20/2025** | | 1533 | $266.90 |
| 3.6. | **Royal Bank of Canada, in the name of HUNTBK Thirty One Gifts Canada, Inc., as of 3/20/2025** | | 0140 | $19,810.78 |

| | | | |
|---|---|---|---|
| 3.7. | **Huntington National Bank, in the name of Thirty One Gifts fbo Huntington National Bank, as of 2/28/2025** | **9709** | **$0.00** |
| 3.8. | **Huntington National Bank, in the name of Thirty One Gifts, LLC, as of 3/20/2025** | **9738** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $80,515.04
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. **Paypal Reserve (may be subject to refund claims)**     $307,000.00

   7.2. **Roetzel & Andress IOLTA**     $716,491.63

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.** $1,023,491.63
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 24,914.29 | - | 0.00 | =.... | $24,914.29 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 1,233,837.10 | - | 0.00 | =.... | $1,233,837.10 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 599,801.43 | - | 0.00 | =.... | $599,801.43 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 149,370.37 | - | 0.00 | =.... | $149,370.37 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,624,140.00 | - | 0.00 | =.... | $1,624,140.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $3,632,063.19 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity: | % of ownership | | | |
| 15.1. | **TGTM Holdings LLC** | **100** | % | | Unknown |
| 15.2. | **Thirty-One Gifts Internal LLC (sole owner of Thirty-One Gifts Canada Inc.)** | **100** | % | | Unknown |
| 15.3. | **Logistics Thirty-One LLC** | **100** | % | | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** <br> Describe: | | | | |
| 16.1. | Debtor has some Duty Draw Back funds that are due. Once the bonds drop there will be a 10% holdback of $389,379 due to Thirty-One from Kanbrick. | | | | $389,379.00 |

| 17. | **Total of Part 4.** | | $389,379.00 |
|---|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | | |

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| IT equipment (located in Columbus, OH) | Unknown | | $20,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 43. **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $20,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2007 International H Box Truck located in Columbus, OH** -May not run | $0.00 | | Unknown |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**

**machinery and equipment)**

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | $0.00 |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Patents** **SEE ATTACHED EXHIBIT 1** | $0.00 | | Unknown |
| | **Copyrights for 2-D Artwork** **SEE ATTACHED EXHIBIT 2** | $0.00 | | Unknown |
| | **Trademarks** **SEE ATTACHED EXHIBIT 3** | $0.00 | | Unknown |
| 61. | **Internet domain names and websites** **thirtyonegifts.com and mythirtyone.com** | $0.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

**68.**     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

      ■ No
      ☐ Yes

**69.**     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

<table>
<tr><td style="background:black;color:white">Part 11:</td><td>**All other assets**</td></tr>
</table>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.**   **Notes receivable**<br>Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities** | |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|       **Claims filed in Interchange Fee Settlement Class Action** | **Unknown** |
|       Nature of claim _____ | |
|       Amount requested     **$0.00** | |
| **76.**   **Trusts, equitable or future interests in property** | |
| **77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **78.**   **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

**79.**     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

25-50841-amk    Doc 1    FILED 05/15/25    ENTERED 05/15/25 17:00:31    Page 12 of 113

| Debtor | Thirty-One Gifts, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$80,515.04** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,023,491.63** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$3,632,063.19** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$389,379.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$20,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+ $0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$5,145,448.86** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$5,145,448.86** |

**Patent Report By Country**
**Search Criteria**

| | |
|---|---|
| Client ID | 4010713 |
| Status | ACTIVE |

**Display Options**

| | |
|---|---|
| Inventors | All |
| Terms | All |

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|

## CANADA

### UTILITY TOTE PANEL INSERT

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| 4010713-198408.CA | CEQ | 12/5/2014 | 160,035 | 8/18/2016 | 160,035 | ISSUED |

Inventors: Cynthia M. MONROE, Elizabeth Ann SWARTZEL
Terms:

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| 4010713-198408.CA.DIV.1 | CEQ | 12/5/2014 | 164752 | 8/18/2016 | 164752 | ISSUED |

Inventors: Cynthia M. MONROE, Elizabeth Ann SWARTZEL
Terms:

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| 4010713-198408.DIV.1 | CEQ | 12/5/2014 | 164753 | 8/18/2016 | 164753 | ISSUED |

Inventors: Cynthia M. MONROE, Elizabeth Ann SWARTZEL
Terms:

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| 4010713-198408.DIV.2 | CEQ | 12/5/2014 | 164,754 | 8/18/2016 | 164,754 | ISSUED |

Inventors: Cynthia M. MONROE, Elizabeth Ann SWARTZEL
Terms:

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| 4010713-198408.DIV.3 | CEQ | 12/5/2014 | 164751 | 8/18/2016 | 164751 | ISSUED |

Inventors: Cynthia M. MONROE, Elizabeth Ann SWARTZEL
Terms:

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| 4010713-198408.DIV.4 | CEQ | 12/5/2014 | 164755 | 8/18/2016 | 164755 | ISSUED |

Inventors: Cynthia M. MONROE, Elizabeth Ann SWARTZEL
Terms:

### UTILITY TOTE WITH PANEL INSERT

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| 4010713-198408.CA.D5 | CEQ | 12/5/2014 | 160,036 | 8/18/2016 | 160,136 | ISSUED |

Inventors: Cynthia M. MONROE, Elizabeth Ann SWARTZEL
Terms:

## UNITED STATES

### BACKPACK PURSE

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| 4010713-193309.US | NEW | 7/17/2013 | 29/460,933 | 11/11/2014 | D717,043 | ISSUED |

Inventors: Bernadette May PULLIAM, Dena JoAnn SHILLINGBURG
Terms:

### CAR TISSUE AND TRASH BIN

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| 4010713-194210.US | NEW | 7/24/2013 | 29/461,543 | 11/4/2014 | D716,717 | ISSUED |

Inventors: Elizabeth Ann SWARTZEL, Suzana Eliana Araujo CLOW
Terms:

### Convertible Organizer

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| 4010713-203754.US | NEW | 12/22/2015 | 29/549,423 | 4/11/2017 | D783,287 | ISSUED |

Inventors: Swartzel, Elizabeth Ann
Terms:

### CONVERTIBLE TOTE PURSE

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| 4010713-193308.US | NEW | 7/17/2013 | 29/460,935 | 11/11/2014 | D717,041 | ISSUED |

Inventors: Bernadette May PULLIAM
Terms:

### HANDBAG ORGANIZER INSERT

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| *UNITED STATES continued.....* | | | | | | |

**4010713-189365.US.1**  CIP  3/26/2013  29/450,937  9/23/2014  D713,644  ISSUED
Inventors:  Christy Anne JOHNSON, Brandi Lynn OSTERMAN, Caitlin NYSTROM
Terms:

**4010713-189365.US.2**  DIV  2/7/2014  D/481,599  6/30/2015  D732,829  ISSUED
Inventors:  Christy Anne JOHNSON, Brandi Lynn OSTERMAN
Terms:

**4010713-189365.US.3**  DIV  2/7/2014  D/481,601  7/7/2015  D733,432  ISSUED
Inventors:  Christy Anne JOHNSON, Brandi Lynn OSTERMAN
Terms:

**4010713-189365.US.4**  DIV  8/13/2014  29/499,231  10/18/2016  D768,989  ISSUED
Inventors:  Christy Anne JOHNSON, Brandi Lynn OSTERMAN, Caitlin NYSTROM
Terms:

## HANDBAG ORGANIZER INSERT

**4010713-195776.US**  NEW  8/23/2012  29/430,246  4/8/2014  D702,043 S  ISSUED
Inventors:  Christy Anne JOHNSON, Brandi Lynn OSTERMAN
Terms:

## NECKLACE CLASP

**4010713-202008.US**  NEW  6/29/2015  29/531,639  5/23/2017  D787364  ISSUED
Inventors:  Rio Brontë GRANGE
Terms:

## TOTE

**4010713-194998.US**  NEW  8/2/2013  29/462,414  8/19/2014  D711,096  ISSUED
Inventors:  Andrea Leigh HANNA
Terms:

## Utility tote panel insert

**4010713-198408.US**  NEW  6/13/2014  29/493,802  4/5/2016  D752,861  ISSUED
Inventors:  Cynthia M. MONROE, Elizabeth Ann SWARTZEL
Terms:

**4010713-198408.US.1**  CIP  6/26/2014  29/495,009  6/21/2016  D759,372  ISSUED
Inventors:  Cynthia M. MONROE, Elizabeth Ann SWARTZEL
Terms:

**4010713-198408.US.2**  DIV  2/18/2016  29/555,086  11/6/2018  D832579  ISSUED
Inventors:  Monroe, Cynthia M., Swartzel, Elizabeth Ann
Terms:

**4010713-198408.US.DIV**  DIV  5/16/2016  29/564,814  12/3/2019  D868,458  ISSUED
Inventors:  Monroe, Cynthia M., Swartzel, Elizabeth Ann
Terms:

**4010713-198408.CIP**  CIP  5/17/2016  29/564,975  8/20/2019  D856664  ISSUED
Inventors:  Swartzel, Elizabeth Ann
Terms:

**4010713-198408.US3**  DIV  12/7/2018  29/672,694  4/28/2020  D882251  ISSUED
Inventors:  Monroe, Cynthia M., Swartzel, Elizabeth Ann
Terms:

**4010713-198408.US2**  DIV  12/7/2018  29/672,686  4/28/2020  D882250  ISSUED
Inventors:  Monroe, Cynthia M., Swartzel, Elizabeth Ann
Terms:

**4010713-198408.US4**  DIV  12/7/2018  29/672,698  4/28/2020  D882252  ISSUED
Inventors:  Monroe, Cynthia M., Swartzel, Elizabeth Ann
Terms:

**4010713-198408.US5**  DIV  12/7/2018  29/672,706  4/28/2020  D882253  ISSUED
Inventors:  Monroe, Cynthia M., Swartzel, Elizabeth Ann

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|

*UNITED STATES continued.....*
   *Utility tote panel insert continued.....*
      Terms:

| REFERENCE # | TYPE | FILED | SERIAL # | ISSUED | PATENT # | STATUS |
|---|---|---|---|---|---|---|
| 4010713-198408.US6 | DIV | 12/7/2018 | 29/672,708 | 4/28/2020 | D882254 | ISSUED |

Inventors:   Monroe, Cynthia M., Swartzel, Elizabeth Ann
Terms:

| 4010713-198408.US7 | DIV | 12/7/2018 | 29/672,715 | 4/28/2020 | D882255 | ISSUED |

Inventors:   Monroe, Cynthia M., Swartzel, Elizabeth Ann
Terms:

| 4010713-198408.US8 | DIV | 12/7/2018 | 29/672,721 | 4/28/2020 | D882256 | ISSUED |

Inventors:   Monroe, Cynthia M., Swartzel, Elizabeth Ann
Terms:

**UTILITY TOTE**

| 4010713-195131.US | NEW | 9/12/2013 | 29/466,841 | 11/11/2014 | D717,040 | ISSUED |

Inventors:   Elizabeth Ann SWARTZEL, Katherine Lynn LINDAMOND
Terms:

---

END OF REPORT            TOTAL ITEMS SELECTED =      31

**List of Copyrights by**

**Title - Registration Number - Date - Publication date**

APPLE BLOSSOM VA0001932608 10/30/2014 Pub 02/01/2011

BEST BUDS VA0001944606 10/23/3013 Pub 05/01/2013

BLACK FLORAL BRUSHSTROKES VA0001944608 10/23/2013 Pub 01/04/2013

BLACK PLAYFUL PARADE VA0001977790 03/10/2015 Pub 12/27/2014

BROWN WOODBLOCK FLORAL VA0001944633 11/04/2013 Pub 09/01/2013

BUBBLE BLOOM VA0001985033 03/10/2015 Pub 12/27/2014

By the sea 150 & 21 other titles V9920D175 01/16/2015 Pub 11/01/2014

CIRCLE SPIRALS VA0001932610 10/30/2014 Pub 02/01/2011

CITRUS MEDALLION VA0001946105 03/24/2014 Pub 12/21/2013

DAISY CRAZE VA0001920335 05/23/2014 Pub 05/01/2014

DIGITAL CAMO VA0002016853 03/07/2016 Pub 02/01/2016

DOTTY CHEVRON VA0001971012 08/19/2015 Pub 08/01/2015

FEATHER CHEVRON VA0002057622 08/16/2016 Pub 08/01/2016

FIRST MATE VA0002016769 03/07/2016 Pub 02/01/2015

FOX TROT VA0001971007 08/19/2015 Pub 08/01/2015

FREE SPIRIT DITZY VA0001932597 10/30/2014 Pub 02/01/2011

FREE SPIRIT FLORAL VA0001932617 10/30/2014 Pub 02/01/2011

FUN FLOPS VA0001924366 11/25/2013 Pub 05/01/2013

GREY PARISIAN POP VA0001920338 05/23/2014 Pub 05/01/2014

HARVEST FLORAL VA0001932600 10/30/2014 Pub 08/01/2011

HOO'S CHILLY VA0001944603 11/04/2013 Pub 09/01/2013

HOO'S HAPPY VA0001976196 09/30/2014 Pub 09/01/2014

HOP TO IT VA0001985038 03/10/2015 Pub 12/27/2014

IT'S OWL GOOD VA0002057629 08/16/2016 Pub 08/01/2016

LA-DI-DOT VA0002057625 08/16/2016

LIFE'S A HOOT / WHAT-A-HOOT VA0001944614 10/23/2013 Pub 09/01/2012

LOOPSY DAISY VA0002065488 03/29/2017 Pub 02/01/2017

NAVY PLAYFUL PARADE VA0001977787 03/10/2015 12/27/2014

BLACK PARISIAN POP VA0001879135 04/23/2013 Pub 08/01/2011

ONYX MEDALLION VA0001899504 02/03/2014 Pub 08/01/2010

PAISLEY DAY VA0001976193 09/30/2014 Pub 09/01/2014

PARADISE POP VA0001946106 03/24/2014 Pub 12/21/2013

PARTY PUNCH VA0001944602 10/25/2013 Pub 01/04/2013

PENGUIN PARTY VA0001976199 09/30/2014 Pub 09/01/2014

PINK FLORAL BRUSHSTROKES VA0001928796 11/04/2013 Pub 95/01/2013

PINK POP MEDALLION VA0001944617 10/23/2013 Pub 05/01/2013

PLAYFUL PINWHEEL VA0002057627 98/16/2016 Pub 08/01/2016

PLAYFUL ROBOTS VA0001932594 10/30/2014 Pub 02/01/2011

PLUM AWESOME BLOSSOM VA0001922112 11/04/2013 Pub 09/01/2013

PREPPY POP VA0002016660 03/16/2016 Pub 02/01/2016

PUNCH BOWL VA0001944619 10/232013 Pub 01/04/2013

SEA PLAID VA0001944626 10/23/2013 Pub 09/01/2013

SEA STRIPE VA0001976198 09/30/2014 Pub 09/01/2014

SNOW DAZE VA0001900079 11/04/2013 Pub 09/01/

SNOWMUCHFUN VA0001915394 10/28/2013 Pub 11/01/2012

STARFISH SPLASH VA0002065492 03/29/2017 Pub 02/01/2017

SUNNY STRIPE VA0001920339 05/23/2014 Pub 05/01/2014

SWEET SUITS VA0001988725 05/12/2014 Pub 05/01/2014

SWEET TWEETS VA0001946107 03/24/2014 Pub 12/21/2013

TAKE IT SLOW VA0001897343 12/06/2013 Pub 01/04/2013

TAUPE PLAYFUL PARADE VA0001977801 03/10/2015 Pub 12/27/2014

THIRTY-ONE 2015 SPRING-SUMMER COLLECTION CATALOG TX0008083798 01/28/2016 Pub 12/30/2014

THIRTY-ONE 2016 FALL-WINTER COLLECTION CATALOG TX0008374178 08/18/2016 Pub 08/01/2016

THIRTY-ONE 2016 SPRING-SUMMER COLLECTION CATALOG TX0008238198 03/03/2016 Pub 02/01/2016

THIRTY-ONE 2017 SPRING-SUMMER COLLECTION CATALOG TX0008424637 02/15/2017 Pub 02/01/2017

THIRTY-ONE BETTER TOGETHER 2015 FALL-WINTER CATALOG TX0008147708 08/13/2015 Pub 08/01/2015

THIRTY-ONE GIFTS BREEZE THROUGH SUMMER SUMMER 2013 CATALOG TX0007758173 06/27/2013 Pub 05/01/2013

THIRTY-ONE GIFTS EMBRACE THE ADVENTURE SUMMER 2014 CATALOG TX0007893737 05/13/2014 Pub 05/01/2014

THIRTY-ONE GIFTS FUNCTIONAL IDEAS FOR SPRING 2013 CATALOG TX0007705819 04/16/2013/ Pub 01/04/2013

THIRTY-ONE GIFTS JUST BELIEVE FALL 2012 CATALOG TX0007615620 11/07/2012 Pub 09/01/2012

Thirty-one gifts just believe fall 2012 catalog & 9 other titles V9971D591 06/28/2019 Pub 06/20/2019

Thirty-one gifts just believe fall 2012 catalog & 9 other titles V3626D376 07/11/2014 Pub 06/17/2014

Thirty-one gifts just believe fall 2012 catalog & 96 other titles V9973D201 07/15/2019 Pub 06/20/2019

THIRTY-ONE GIFTS MAKE EVERY MOMENT UNFORGETTABLE FALL 2014 CATALOG TX0007966717 09/30/2014 Pub 09/01/2014

THIRTY-ONE GIFTS THE BEST IS YET TO COME FALL 2013 CATALOG TX0007785364 10/28/2013 Pub 09/01/2013

THIRTY-ONE GIFTS WONDER WHAT'S POSSIBLE SPRING 2014 CATALOG - PINK COVER TX0007824530 01/20/2014 Pub 12/21/2013

THIRTY-ONE GIFTS WONDER WHAT'S POSSIBLE SPRING 2014 CATALOG - TAN COVER TX0007824535 01/09/2014 Pub 12/21/2013

Thirty-One It's All In The Details TX0007536046 04/30/2012 Pub 01/11/2012

THIRTY-ONE PROMISING PICKS FRESH IDEAS FOR YOU AND YOURS 2015 SPRING-SUMMER CATALOG TX0008183166 05/18/2015 Pub 05/01/2015

TOPSY TURTLES VA0002065489 03/29/2017 Pub 02/01/2017

WHITE POPPY VA0002016447 03/07/2016 Pub 02/01/2016

WOODBLOCK FLORAL VA0001944631 10/23/2013 Pub 01/04/2013

**Trademark Report By Country**

**"EXHIBIT 3"**

**Search Criteria**

| | |
|---|---|
| Client ID | 4010713 |
| Status | ACTIVE |

**Display Options**

| | |
|---|---|
| Goods | All |
| Owner | All |

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|
| **BAHAMAS** | | | | |
| 4010713-195779.BS | THIRTY-ONE<br>Thirty-One gifts LLC | 26 Nov 2012<br>36463 | 20 Nov 2015<br>36363 | REGISTERED |

Goods:  14 - Local Class 14:  Decorative ornaments for attaching to handbags, purses, or backpacks.

25 - Local Class 25:  Interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; fitted fabric basket liners for decorative purposes; travelling blankets; textile hang tags.

38 - Local Class 38:  Scarves; aprons.

39 - Local Class 39:  Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

50 - Local Class 50(10):  Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely drawstring bags used as backpacks; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; toiletry bags sold empty; messenger bags; umbrellas; coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use.

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|
| **BRAZIL** | | | | |
| 4010713-195779.BR | THIRTY-ONE<br>Thirty-One Gifts LLC | 02 Jul 2012<br>840180632 | 07 Jul 2015<br>840180632 | REGISTERED |

Goods:  16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

| 4010713-195779.BR.1 | THIRTY-ONE<br>Thirty-One Gifts LLC | 02 Jul 2012<br>840180640 | 30 Jan 2018<br>840180640 | REGISTERED |
|---|---|---|---|---|

Goods:  18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

| 4010713-195779.BR.2 | THIRTY-ONE<br>Thirty-One Gifts LLC | 02 Jul 2012<br>840180659 | 07 Jul 2015<br>840180659 | REGISTERED |
|---|---|---|---|---|

Goods:  21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

| 4010713-195779.BR.3 | THIRTY-ONE<br>Thirty-One Gifts LLC | 02 Jul 2012<br>840180667 | 07 Jul 2015<br>840180667 | REGISTERED |
|---|---|---|---|---|

Goods:  24 - Travelling blankets; textile hang tags.

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|
| **CAMBODIA** | | | | |
| 4010713-195779.KH.21 | THIRTY ONE (stylized)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104070 | 23 May 2023<br>KH/91475/23 | REGISTERED |

Goods:  08 - Nail files; manicure sets

| 4010713-195779.KH.22 | THIRTY ONE (stylized)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104071 | 23 May 2023<br>KH/91476/23 | REGISTERED |
|---|---|---|---|---|

| REFERENCE # | MARK OWNER | FILED APPLICATION # | REGISTERED REGISTRATION # | STATUS |
|---|---|---|---|---|

*CAMBODIA continued.....*

*THIRTY ONE (stylized) continued.....*

Goods: 09 - Laptop carrying cases; cases for eyeglasses and sunglasses; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.23 | THIRTY ONE (stylized) Thirty-One Gifts LLC | 15 Jul 2022 KH/T/2022/104072 | 23 May 2023 KH/91477/23 | REGISTERED |

Goods: 16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.24 | THIRTY ONE (stylized) Thirty-One Gifts LLC | 15 Jul 2022 KH/T/2022/104073 | 23 May 2023 KH/91478/23 | REGISTERED |

Goods: 18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for access/organization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses or backpacks

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.25 | THIRTY ONE (stylized) Thirty-One Gifts LLC | 15 Jul 2022 KH/T/2022/104074 | 23 May 2023 KH/91479/23 | REGISTERED |

Goods: 20 - Accent pillows; key fobs, not of metal; personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags; Non-metal clips for general use; Non-metal picture hangers; Picture frames; Placards of wood, wall plaques of wood.

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.26 | THIRTY ONE (stylized) Thirty-One Gifts LLC | 15 Jul 2022 KH/T/2022/104075 | 23 May 2023 KH/91483/23 | REGISTERED |

Goods: 21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; Thermal insulated containers for food or beverages; baskets for domestic use; not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.27 | THIRTY ONE (stylized) Thirty-One Gifts LLC | 15 Jul 2022 KH/T/2022/104076 | 23 May 2023 KH/91486/23 | REGISTERED |

Goods: 24 - Pillow covers

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.28 | THIRTY ONE (stylized) Thirty-One Gifts LLC | 15 Jul 2022 KH/T/2022/104077 | 23 May 2023 KH/91487/23 | REGISTERED |

Goods: 35 - Shop at home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.29 | THIRTY ONE (stylized/pink) Thirty-One Gifts LLC | 15 Jul 2022 KH/T/2022/104054 | 22 May 2023 KH/91451/23 | REGISTERED |

Goods: 08 - Nail files; manicure sets

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.30 | THIRTY ONE (stylized/pink) Thirty-One Gifts LLC | 15 Jul 2022 KH/T/2022/104055 | 22 May 2023 KH/91452/23 | REGISTERED |

Goods: 09 - Laptop carrying cases; cases for eyeglasses and sunglasses; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.31 | THIRTY ONE (stylized/pink) Thirty-One Gifts LLC | 15 Jul 2022 KH/T/2022/104056 | 22 May 2023 KH/91453/23 | REGISTERED |

Goods: 16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.32 | THIRTY ONE (stylized/pink) Thirty-One Gifts LLC | 15 Jul 2022 KH/T/2022/104057 | 22 May 2023 KH/91454/23 | REGISTERED |

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*CAMBODIA continued.....*

Goods: 18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for access/organization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses or backpacks

| 4010713-195779.KH.33 | THIRTY ONE (stylized/pink)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104058 | 22 May 2023<br>KH/91455/23 | REGISTERED |
|---|---|---|---|---|

Goods: 20 - Accent pillows; key fobs, not of metal; personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags; Non-metal clips for general use; Non-metal picture hangers; Picture frames; Placards of wood, wall plaques of wood.

| 4010713-195779.KH.34 | THIRTY ONE (stylized/pink)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104059 | 22 May 2023<br>KH/91456/23 | REGISTERED |
|---|---|---|---|---|

Goods: 21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; Thermal insulated containers for food or beverages; baskets for domestic use; not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes

| 4010713-195779.KH.35 | THIRTY ONE (stylized/pink)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/204060 | 22 May 2023<br>KH/91457/23 | REGISTERED |
|---|---|---|---|---|

Goods: 24 - Pillow covers

| 4010713-195779.KH.36 | THIRTY ONE (stylized/pink)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104061 | 22 May 2023<br>KH/91458/23 | REGISTERED |
|---|---|---|---|---|

Goods: 35 - Shop at home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves

| 4010713-195779.KH.37 | THIRTY ONE (stylized/pink,white)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104062 | 22 May 2023<br>KH/91459/23 | REGISTERED |
|---|---|---|---|---|

Goods: 08 - Nail files; manicure sets

| 4010713-195779.KH.38 | THIRTY ONE (stylized/pink,white)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104063 | 22 May 2023<br>KH/91460/23 | REGISTERED |
|---|---|---|---|---|

Goods: 09 - Laptop carrying cases; cases for eyeglasses and sunglasses; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons

| 4010713-195779.KH.39 | THIRTY ONE (stylized/pink,white)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104064 | 22 May 2023<br>KH/91461/23 | REGISTERED |
|---|---|---|---|---|

Goods: 16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches

| 4010713-195779.KH.40 | THIRTY ONE (stylized/pink,white)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104065 | 22 May 2023<br>KH/91462/23 | REGISTERED |
|---|---|---|---|---|

Goods: 18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for access/organization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses or backpacks

| 4010713-195779.KH.41 | THIRTY ONE (stylized/pink,white)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104066 | 22 May 2023<br>KH/91463/23 | REGISTERED |
|---|---|---|---|---|

Goods: 20 - Accent pillows; key fobs, not of metal; personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags; Non-metal clips for general use; Non-metal picture hangers; Picture frames; Placards of wood, wall plaques of wood.

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*CAMBODIA continued.....*

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.42 | THIRTY ONE (stylized/pink,white)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104067 | 22 May 2023<br>KH/91464/23 | REGISTERED |

Goods: 21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; Thermal insulated containers for food or beverages; baskets for domestic use; not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.43 | THIRTY ONE (stylized/pink,white)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104068 | 23 May 2023<br>KH/91466/23 | REGISTERED |

Goods: 24 - Pillow covers

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.44 | THIRTY ONE (stylized/pink,white)<br>Thirty-One Gifts LLC | 15 Jul 2022<br>KH/T/2022/104069 | 23 May 2023<br>KH/91474/23 | REGISTERED |

Goods: 35 - Shop at home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH | THIRTY-ONE<br>Thirty-One Gifts LLC | 11 May 2012<br>KH/46019/12 | 11 Mar 2013<br>KH/2013/43681 | REGISTERED |

Goods: 16 - Stationery; notepads; personal organizers; padfolios.

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.1 | THIRTY-ONE<br>Thirty-One Gifts LLC | 11 May 2012<br>KH/46020/12 | 11 Mar 2013<br>KH/2013/43682 | REGISTERED |

Goods: 18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specifically adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.2 | THIRTY-ONE (STYLIZED)<br>Thirty-One Gifts LLC | 11 May 2012<br>KH/46021/12 | 11 Mar 2013<br>KH/2013/43683 | REGISTERED |

Goods: 16 - Stationery; notepads; personal organizers; padfolios.

| | | | | |
|---|---|---|---|---|
| 4010713-195779.KH.3 | THIRTY-ONE (STYLIZED)<br>(old logo)<br>Thirty-One Gifts LLC | 11 May 2012<br><br>KH/46022/12 | 11 Mar 2013<br><br>KH/2013/43684 | REGISTERED |

Goods: 18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specifically adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

## CANADA

| | | | | |
|---|---|---|---|---|
| 4010713-195779.CA.8 | THIRTY ONE GIVES EST ♥ 2012<br>(stylized/design)<br>Thirty One Gifts LLC | 19 Dec 2022<br><br>2,229,003 | | PENDING |

Goods: 16 - Bookmarks, magnetic bookmarks, printed note cards

21 - General purpose storage bins for household use, insulated mugs, drinking glasses, namely, tumblers

25 - Long-sleeved shirts, short-sleeved shirts, T-shirts

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*CANADA continued.....*

*THIRTY ONE GIVES EST ♥ 2012 (stylized/design) continued.....*

35 - Shop at home parties featuring bookmarks, magnetic bookmarks, printed note cards, drinking glasses, namely, tumblers, insulated mugs, general purpose storage bins for household use, T-shirts, long-sleeved shirts, short-sleeved shirts; charitable services, namely, coordination of the procurement and distribution of in-kind donations of financial donations and donations of tote bags, thermal bags, backpacks, knapsacks, T-shirts, long-sleeved shirts, short-sleeved shirts to organizations supporting physical activity and life skill development in girls

36 - Charitable services, namely, providing donor information regarding making monetary donations and providing opportunity for donors to make monetary donations to organizations supporting physical activity and life skill development in girls

| 4010713-195779.CA.9 | THIRTY ONE GIVES EST ♥ 2012<br>(stylized/design) pink | 19 Dec 2022 | | PENDING |
|---|---|---|---|---|
| | Thirty One Gifts LLC | 2,229,004 | | |

Goods: 16 - Bookmarks, magnetic bookmarks, printed note cards

21 - General purpose storage bins for household use, insulated mugs, drinking glasses, namely, tumblers

25 - Long-sleeved shirts, short-sleeved shirts, T-shirts

35 - Shop at home parties featuring bookmarks, magnetic bookmarks, printed note cards, drinking glasses, namely, tumblers, insulated mugs, general purpose storage bins for household use, T-shirts, long-sleeved shirts, short-sleeved shirts; charitable services, namely, coordination of the procurement and distribution of in-kind donations of financial donations and donations of tote bags, thermal bags, backpacks, knapsacks, T-shirts, long-sleeved shirts, short-sleeved shirts to organizations supporting physical activity and life skill development in girls

36 - Charitable services, namely, providing donor information regarding making monetary donations and providing opportunity for donors to make monetary donations to organizations supporting physical activity and life skill development in girls

# CHILE

| 4010713-195779.CL | THIRTY-ONE | 10 Jul 2012 | 02 Mar 2015 | REGISTERED |
|---|---|---|---|---|
| | Thirty-One Gifts LLC | 1015914 | 1157916 | |

Goods: 14 - Jewelry rolls for travel, jewelry pouches.

16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

18 - Tote bags; wallets; coin purses; clutches; vanity cases, not fitted; jewelry rolls for travel; jewelry pouches; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; covers for handbags.

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; isothermic bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use.

24 - Travelling blankets; textile hang tags.

25 - Scarves, aprons.

# CHINA

| 4010713-195779.CN.26 | THIRTY ONE (stylized) | 15 Jul 2022 | 14 Jun 2024 | REGISTERED |
|---|---|---|---|---|
| | Thirty-One Gifts LLC | 65989250 | 65989250 | |

Goods: 21 - Coasters not of paper and not being table linen; Household container; thermal insulated bags for food or beverages; Thermally insulated containers for food; Heat-insulated containers for beverages; Baskets, for domestic use; Bread bins

| 4010713-195779.CN.34 | THIRTY ONE (stylized/pink) | 15 Jul 2022 | 14 Jun 2024 | REGISTERED |
|---|---|---|---|---|
| | Thirty-One Gifts LLC | 65972368 | 65972368 | |

Goods: 21 - Coasters not of paper and not being table linen; Household container; thermal insulated bags for food or beverages; Thermally insulated containers for food; Heat-insulated containers for beverages; Baskets, for domestic use; Bread bins

| 4010713-195779.CN.42 | THIRTY ONE (stylized/pink,white) | 15 Jul 2022 | 14 Jun 2024 | REGISTERED |
|---|---|---|---|---|
| | Thirty-One Gifts LLC | 65992423 | 65992423 | |

Goods: 21 - Coasters not of paper and not being table linen; Household container; thermal insulated bags for food or beverages; Thermally insulated containers for food; Heat-insulated containers for beverages; Baskets, for domestic use; Bread bins

| 4010713-195779.CN.11 | THIRTY-ONE (STYLIZED) | 22 Dec 2011 | 28 Aug 2015 | REGISTERED |
|---|---|---|---|---|
| | Thirty-One Gifts LLC | 10339104 | 10339104 | |

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*CHINA continued.....*

*THIRTY-ONE (STYLIZED) continued.....*

Goods: 18 - Purses, handbags; traveling bags; bags for campers; bags for climbers; pocket wallets; shopping bags; traveling sets [leatherware]; handles (suitcase); backpacks.

| | | | | |
|---|---|---|---|---|
| 4010713-195779.CN.14 | THIRTY-ONE (STYLIZED)<br>Thirty-One Gifts LLC | 22 Dec 2011<br>10338965 | 28 Feb 2013<br>10338965 | REGISTERED |

Goods: 25 - Shirts; clothing; scarves; aprons (clothing).

| | | | | |
|---|---|---|---|---|
| 4010713-195779.CN.12 | THIRTY-ONE (STYLIZED)<br>Thirty-One Gifts LLC | 22 Dec 2011<br>10339105 | 28 Feb 2013<br>10339105 | REGISTERED |

Goods: 21 - Isothermic bags; thermos bottle shell; thermally insulated containers for food; heat-insulated containers; coolers (portable).

| | | | | |
|---|---|---|---|---|
| 4010713-195779.CN.13 | THIRTY-ONE (STYLIZED)<br>Thirty-One Gifts LLC | 22 Dec 2011<br>10338964 | 28 Feb 2013<br>10338964 | REGISTERED |

Goods: 24 - Fabric; material (textile); cloth; blanket; table cloth [not of paper]; table linen [not of paper]; towel sheet; travelling rugs [lap robes]; wall hangings of textile.

## COLOMBIA

| | | | | |
|---|---|---|---|---|
| 4010713-195779.CO | THIRTY-ONE<br>Thirty-One Gifts LLC | 03 Jul 2012<br>12-110702 | 21 Nov 2012<br>464868 | REGISTERED |

Goods: 16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

24 - Travelling blankets; textile hang tags.

25 - Scarves, aprons.

## DOMINICAN REPUBLIC

| | | | | |
|---|---|---|---|---|
| 4010713-195779.DO | THIRTY-ONE<br>Thirty-One Gifts LLC | 06 Dec 2012<br>2012-31671 | | PENDING |

Goods: 16 - Stationery, Address Labels, Notebooks, Cards, Personal Agenda, Portfolios, Pencil Bags

18 - Bags, Wallets, Purses, Small Wallets, Cosmetic Bags Sold Empty, Jewelry Boxes, Travel Bags For Jewelry, Luggage Tags, Backpacks, Sack Bags, Namely Drawbags Used As Backpacks, Umbrella, Wallets, Handbags, Backpacks With Wheels, Bags, Bracelet Straps, All-Purpose Carrying Bags, Handbags, Interchangeable Covers For Decorative Purposes Which Are Especially Adapted To Bags , Toy Cases Sold Empty, Bags, Decorative Decorations To Attach To Bags, Wallets Or Backpacks.

21 - Coasters Not Of Paper And Not Of Fabric, Foldable Storage Containers For Household Use, Insulated Thermal Bags For Food And Drinks, Isothermal Containers For Food Or Drinks, Baskets For Household Use Not Of Metal, Storage Tanks For Use Domestic In General, Basket Fabric Linings For Decorative Purposes

24 - Travel Blankets, Hand Textile Labels

25 - Scarves, Aprons

## EUROPEAN UNION (EUTM & RCD)

| | | | | |
|---|---|---|---|---|
| 4010713-195779.EU.1 | THIRTY-ONE<br>Thirty-One Gifts LLC | 23 Mar 2012<br>010755387 | 26 Nov 2012<br>010755387 | REGISTERED |

Goods: 08 - Nail files; manicure sets; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons.

09 - Laptop carrying cases; cases for eyeglasses and sunglasses.

14 - Key fobs, not of metal.

16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*EUROPEAN UNION (EUTM & RCD) continued.....*
*THIRTY-ONE continued.....*

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

20 - Personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags.

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

35 - Retail services connected with the sale of purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves; shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves.

| | | | | |
|---|---|---|---|---|
| 4010713-195779.EU.2 | THIRTY-ONE (STYLIZED)<br>Thirty-One Gifts LLC | 23 Mar 2012<br>010755411 | 26 Nov 2012<br>010755411 | REGISTERED |

Goods: 08 - Nail files; manicure sets; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons.

09 - Laptop carrying cases; cases for eyeglasses and sunglasses.

14 - Key fobs, not of metal.

16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

20 - Personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags.

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

35 - Retail services connected with the sale of purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves; shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves.

## INDIA

| | | | | |
|---|---|---|---|---|
| 4010713-195779.IN.6 | THIRTY ONE (Stylized)<br>Thirty-One Gifts, LLC | 15 Jul 2022<br>5531862 | | PUBLISHED |

Goods: 08 - Nail files; manicure sets

09 - Laptop carrying cases; cases for eyeglasses and sunglasses; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons.

16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for access/organization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

20 - Accent pillows; key fobs, not of metal; personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags; Non-metal clips for general use; Non-metal picture hangers; Picture frames; Placards of wood, wall plaques of wood.

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

24 - Pillow covers

35 - Shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves.

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*INDIA continued.....*

| 4010713-195779.IN.7 | THIRTY ONE (stylized/pink)<br>Thirty-One Gifts, LLC | 15 Jul 2022<br>5531863 | | PENDING |

Goods: 08 - Nail files; manicure sets

09 - Laptop carrying cases; cases for eyeglasses and sunglasses; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons.

16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for access/organization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

20 - Accent pillows; key fobs, not of metal; personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags; Non-metal clips for general use; Non-metal picture hangers; Picture frames; Placards of wood, wall plaques of wood.

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

24 - Pillow covers

35 - Shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves.

| 4010713-195779.IN.8 | THIRTY ONE (stylized/pink,white)<br>Thirty-One Gifts, LLC | 15 Jul 2022<br>5531864 | | PENDING |

Goods: 08 - Nail files; manicure sets

09 - Laptop carrying cases; cases for eyeglasses and sunglasses; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons.

16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for access/organization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

20 - Accent pillows; key fobs, not of metal; personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags; Non-metal clips for general use; Non-metal picture hangers; Picture frames; Placards of wood, wall plaques of wood.

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

24 - Pillow covers

35 - Shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves.

| 4010713-195779.IN.1 | THIRTY-ONE<br>Thirty-One Gifts LLC | 03 Jul 2012<br>2357521 | 21 Jan 2014<br>2357521 | REGISTERED |

Goods: 16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

| 4010713-195779.IN.5 | THIRTY-ONE<br>Thirty-One Gifts LLC | 03 Jul 2012<br>2357525 | 19 Jun 2014<br>2357525 | REGISTERED |

Goods: 25 - Scarves, aprons.

| 4010713-195779.IN.4 | THIRTY-ONE<br>Thirty-One Gifts LLC | 03 Jul 2012<br>2357524 | 16 Jun 2014<br>2357524 | REGISTERED |

Goods: 24 - Travelling blankets; textile hang tags.

| 4010713-195779.IN.2 | THIRTY-ONE<br>Thirty-One Gifts LLC | 03 Jul 2012<br>2357522 | 24 Sep 2016<br>2357522 | REGISTERED |

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*INDIA continued.....*

Goods: 18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

| 4010713-195779.IN.3 | THIRTY-ONE<br>Thirty-One Gifts LLC | 03 Jul 2012<br>2357523 | 21 Jan 2014<br>2357523 | REGISTERED |
|---|---|---|---|---|

Goods: 21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

## INDONESIA

| 4010713-195779.ID.3 | THIRTY-ONE<br>Thirty-One Gifts LLC | 28 Nov 2012<br>D00.2012.057704 | 18 Mar 2015<br>IDM000465469 | REGISTERED |
|---|---|---|---|---|

Goods: 25 - Scarves; aprons (clothing).

| 4010713-195779.ID.2 | THIRTY-ONE<br>Thirty-One Gifts LLC | 28 Nov 2012<br>D00.2012.057702 | 18 Mar 2015<br>IDM000465468 | REGISTERED |
|---|---|---|---|---|

Goods: 24 - Blankets for traveling; identification of the fabric; decoration for baskets made of cloth.

| 4010713-195779.ID.1 | THIRTY-ONE<br>Thirty-One Gifts LLC | 28 Nov 2012<br>D00.2012.057701 | 06 Feb 2015<br>IDM000456517 | REGISTERED |
|---|---|---|---|---|

Goods: 21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food; thermal insulated bags for beverages; thermal insulated containers for foods; thermal insulated containers for beverages; baskets for domestic use, not of metal; general purpose storage bins for household use.

| 4010713-195779.ID | THIRTY-ONE<br>Thirty-One Gifts LLC | 28 Nov 2012<br>D00.2012.057699 | 06 Feb 2015<br>IDM000456516 | REGISTERED |
|---|---|---|---|---|

Goods: 18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; backpacks; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accesorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags; decorative ornaments for attaching to purses; decorative ornaments for attaching to backpacks

| 4010713-195779.ID.4 | THIRTY-ONE<br>Thirty-One Gifts LLC | 28 Nov 2012<br>D00.2012.057697 | 06 Feb 2015<br>IDM000456515 | REGISTERED |
|---|---|---|---|---|

Goods: 16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches

## MEXICO

| 4010713-195779.MX.6 | THIRTY-ONE<br>Thirty-One Gifts LLC | 13 Jun 2022<br>2766813 | 08 Dec 2023<br>2638314 | REGISTERED |
|---|---|---|---|---|

Goods: 16 - Stationery; Address labels; notepads; note cards; personal organizers; padfolios; pencil pouches

| 4010713-195779.MX.7 | THIRTY-ONE<br>Thirty-One Gifts LLC | 13 Jun 2022<br>2766815 | 08 Dec 2023<br>2638315 | REGISTERED |
|---|---|---|---|---|

Goods: 18 - Tote bags; wallets [handbags]; coin purses; clutches; bags sold empty; jewelry rolls for travel [leather goods]; jewelry pouches (included in this class); luggage tags; back packs; sack packs; namely, drawstring bags used backpacks; umbrellas; purses; shoulder bags (included in this class); wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags purses or backpacks, namely, coin purses not of precious metals (included in this class).

| 4010713-195779.MX.8 | THIRTY-ONE | 13 Jun 2022 | 08 Dec 2023 | REGISTERED |
|---|---|---|---|---|

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*MEXICO continued.....*

| | Thirty-One Gifts LLC | 2766816 | 2638316 | |

Goods: 21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; storage boxes for household use

| 4010713-195779.MX.9 | THIRTY-ONE<br>Thirty-One Gifts LLC | 13 Jun 2022<br>2766818 | 06 Oct 2023<br>2608996 | REGISTERED |

Goods: 24 - Travelling blankets; textile hang tags

| 4010713-195779.MX.10 | THIRTY-ONE<br>Thirty-One Gifts LLC | 13 Jun 2022<br>2766812 | 08 Dec 2023<br>2638313 | REGISTERED |

Goods: 25 - Scarves; aprons.

## NEW ZEALAND

| 4010713-195779.NZ | THIRTY-ONE<br>Thirty-One Gifts LLC | 02 Jul 2012<br>961498 | 04 Jan 2013<br>961498 | REGISTERED |

Goods: 16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

24 - Travelling blankets; textile hang tags.

25 - Scarves; aprons.

## PHILIPPINES

| 4010713-195779.PH.2 | THIRTY-ONE<br>Thirty-One Gifts LLC | 04 Jul 2022<br>4-2022-516317 | 01 Sep 2022<br>4-2022-516317 | REGISTERED |

Goods: 18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

## RUSSIA

| 4010713-195779.RU | THIRTY-ONE (stylized/pink-original)<br>Thirty-One Gifts LLC | 17 Oct 2012<br>2012/736029 | 25 Sep 2014<br>521040 | REGISTERED |

Goods: 18 - Shopping bags; wallets; purses; clutches; travelling sets [leatherware], including jewelry rolls for travel; luggage tags; back packs; bags for sports, including drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled shopping bags; wristlet bags; shoulder straps; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; vanity cases sold empty.

20 - Bins, not of metal, including those for household use; Bins of wood or plastic including those for household use.

21 - Coasters not of paper and not being table linen; containers for household or kitchen use including collapsible ones; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; fitted fabric liners for baskets including for baskets for domestic use.

22 - Bags [envelopes, pouches] of textile, for packaging, namely jewelry pouches.

24 - Travelling rugs [lap robes]; labels of cloth.

26 - Decorative ornaments, not of precious metal, for attaching to handbags, purses, or backpacks.

| REFERENCE # | MARK OWNER | FILED APPLICATION # | REGISTERED REGISTRATION # | STATUS |
|---|---|---|---|---|

## SOUTH AFRICA

| 4010713-195779.ZA.2 | THIRTY-ONE Thirty-One Gifts LLC | 14 Sep 2012 2012/25048 | 26 Sep 2014 2012/25048 | REGISTERED |

Goods: 21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages, baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

| 4010713-195779.ZA | THIRTY-ONE Thirty-One Gifts LLC | 14 Sep 2012 2012/25046 | 26 Sep 2014 2012/25046 | REGISTERED |

Goods: 16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

| 4010713-195779.ZA.1 | THIRTY-ONE Thirty-One Gifts LLC | 14 Sep 2012 2012/25047 | 26 Sep 2014 2012/25047 | REGISTERED |

Goods: 18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, including drawstring bags used as backpacks, umbrellas; purses, shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags, handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handgags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses or backpacks.

| 4010713-195779.ZA.3 | THIRTY-ONE Thirty-One Gifts LLC | 14 Sep 2012 2012/25049 | 26 Sep 2014 2012/25049 | REGISTERED |

Goods: 24 - Travelling blankets; textile hang tags.

| 4010713-195779.ZA.4 | THIRTY-ONE Thirty-One Gifts LLC | 14 Sep 2012 2012/25050 | 26 Sep 2014 2012/25050 | REGISTERED |

Goods: 25 - Scarves; aprons.

## SOUTH KOREA

| 4010713-195779.KR | THIRTY-ONE (STYLIZED) (old logo) Thirty-One Gifts LLC | 20 Sep 2012 40-2012-59663 | | PENDING |

Goods: 16 - Stationery; notepads; note cards; personal organizers; padfolios; pencil pouches

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses, shoulder bags; wheeled tote bags; wristlet bags; shoulder straps for bags; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes

24 - Travelling blankets; textile hang tags

25 - Scarves; aprons

## SRI LANKA

| 4010713-195779.LK.4 | THIRTY-ONE Thirty-One Gifts LLC | 12 Sep 2012 174341 | 12 Sep 2012 174341 | REGISTERED |

Goods: 25 - Scarves; aprons.

| 4010713-195779.LK.3 | THIRTY-ONE Thirty-One Gifts LLC | 12 Sep 2012 174340 | 12 May 2016 174340 | REGISTERED |

Goods: 24 - Travelling blankets; textile hang tags.

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*SRI LANKA continued.....*

| 4010713-195779.LK | THIRTY-ONE<br>Thirty-One Gifts LLC | 12 Sep 2012<br>174337 | 20 Dec 2019<br>174337 | REGISTERED |

Goods: 16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

| 4010713-195779.LK.1 | THIRTY-ONE<br>Thirty-One Gifts LLC | 12 Sep 2012<br>174338 | 04 Nov 2017<br>174338 | REGISTERED |

Goods: 18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

## TURKEY

| 4010713-195779.TR | THIRTY-ONE<br>Thirty-One Gifts LLC | 13 Sep 2012<br>2012-78078 | 13 Feb 2014<br>2012 78078 | REGISTERED |

Goods: 16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

24 - Travelling blankets; textile hang tags.

25 - Scarves; aprons.

## UNITED KINGDOM

| 4010713-195779.EU.GB.1 | THIRTY-ONE<br>Thirty-One Gifts LLC | 23 Mar 2012<br>UK00910755387 | 26 Nov 2012<br>UK00910755387 | REGISTERED |

Goods: 08 - Nail files; manicure sets; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons.

09 - Laptop carrying cases; cases for eyeglasses and sunglasses.

14 - Key fobs, not of metal.

16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

20 - Personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags.

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

35 - Retail services connected with the sale of purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves; shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves.

| 4010713-195779.EU.GB.2 | THIRTY-ONE (STYLIZED)<br>Thirty-One Gifts LLC | 23 Mar 2012<br>UK00910755411 | 26 Nov 2012<br>UK00910755411 | REGISTERED |

Goods: 08 - Nail files; manicure sets; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons.

09 - Laptop carrying cases; cases for eyeglasses and sunglasses.

14 - Key fobs, not of metal.

16 - Stationery; address labels; notepads; note cards; personal organizers; padfolios; pencil pouches.

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*UNITED KINGDOM continued.....*
    *THIRTY-ONE (STYLIZED) continued.....*

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel; jewelry pouches; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for accessorization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

20 - Personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags.

21 - Coasters not of paper and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric basket liners for decorative purposes.

35 - Retail services connected with the sale of purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves; shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves.

## UNITED STATES

| | | | | |
|---|---|---|---|---|
| 4010713-195446.US.5 | THIRTY ONE (Stylized)<br>TGTM Holdings LLC | 15 Jul 2022<br>97/505,071 | | ALLOWED |

Goods:   008 - Nail files; manicure sets; cases with interior thermal lining for storing or carrying electronic flat irons or electric curling irons

009 - Laptop carrying cases; cases for eyeglasses and sunglasses

014 - jewelry rolls for travel; fitted jewelry pouches; decorative key fobs, not of metal

016 - Stationery; printed address labels; printed notepads; printed note cards; personal organizers; padfolios; pencil pouches

018 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for access/organization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks

020 - Accent pillows; personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags; Non-metal clips for general use; Non-metal picture hangers; Picture frames; Placards of wood, wall plaques of wood

021 - leather or plastic coasters; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; bread baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric liners for wastepaper baskets for decorative purposes

024 - Pillow covers

035 - Shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, tote bags, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, and scarves

| | | | | |
|---|---|---|---|---|
| 4010713-195446.US.6 | THIRTY ONE (stylized/pink)<br>TGTM Holdings LLC | 15 Jul 2022<br>97/505,924 | | ALLOWED |

Goods:   008 - Nail files; manicure sets; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons

009 - Laptop carrying cases; cases for eyeglasses and sunglasses

014 - jewelry rolls for travel; fitted jewelry pouches; decorative key fobs, not of metal

016 - Stationery; printed address labels; printed notepads; printed note cards; personal organizers; padfolios; pencil pouches

018 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for access/organization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks

020 - Accent pillows; personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags; Non-metal clips for general use; Non-metal picture hangers; Picture frames; Placards of wood, wall plaques of wood

021 - leather or plastic coasters; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; bread baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric liners for wastepaper baskets for decorative purposes

024 - Pillow covers

035 - Shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, tote bags, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves

| | | | | |
|---|---|---|---|---|
| 4010713-195446.US.7 | THIRTY ONE (stylized/pink,white)<br>TGTM Holdings LLC | 15 Jul 2022<br>97/505,953 | | ALLOWED |

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*UNITED STATES continued.....*

Goods:   008 - Nail files; manicure sets; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons

009 - Laptop carrying cases; cases for eyeglasses and sunglasses

014 - jewelry rolls for travel; fitted jewelry pouches; decorative key fobs, not of metal

016 - Stationery; printed address labels; printed notepads; printed note cards; personal organizers; padfolios; pencil pouches

018 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for access/organization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks

020 - Accent pillows; personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags; Non-metal clips for general use; Non-metal picture hangers; Picture frames; Placards of wood, wall plaques of wood

021 - leather or plastic coasters; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; bread baskets for domestic use, not of metal; general purpose storage bins for household use; fitted fabric liners for wastepaper baskets for decorative purposes

024 - Pillow covers

035 - Shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, tote bags, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves

| 4010713-195446.US.8 | THIRTY ONE GIVES EST ♥ 2012<br>(stylized/design)<br>Thirty One Gifts LLC | 09 Dec 2022<br><br>97/711,289 | | ALLOWED |

Goods:   035 - Shop at home parties featuring bookmarks, magnetic bookmarks, printed note cards, drinking glasses, namely, tumblers, insulated mugs, general purpose storage bins for household use, T-shirts, long-sleeved shirts, short-sleeved shirts; charitable services, namely, coordination of the procurement and distribution of in-kind donations of financial donations and donations of tote bags, thermal bags, backpacks, knapsacks, T-shirts, long-sleeved shirts, short-sleeved shirts to organizations supporting physical activity and life skill development in girls

036 - Charitable services, namely, providing donor information regarding making monetary donations and providing opportunity for donors to make monetary donations to organizations supporting physical activity and life skill development in girls

| 4010713-195446.US.9 | THIRTY ONE GIVES EST ♥ 2012<br>(Stylized/Design) pink<br>Thirty One Gifts LLC | 09 Dec 2022<br><br>97/711,292 | | ALLOWED |

Goods:   035 - Shop at home parties featuring bookmarks, magnetic bookmarks, printed note cards, drinking glasses, namely, tumblers, insulated mugs, general purpose storage bins for household use, T-shirts, long-sleeved shirts, short-sleeved shirts; charitable services, namely, coordination of the procurement and distribution of in-kind donations of financial donations and donations of tote bags, thermal bags, backpacks, knapsacks, T-shirts, long-sleeved shirts, short-sleeved shirts to organizations supporting physical activity and life skill development in girls

036 - Charitable services, namely, providing donor information regarding making monetary donations and providing opportunity for donors to make monetary donations to organizations supporting physical activity and life skill development in girls

## VIETNAM

| 4010713-195779.VN.1 | THIRTY ONE (Stylized)<br>Thirty-One Gifts, LLC | 15 Jul 2022<br>4-2022-28231 | | PUBLISHED |

Goods:   08 - Nail files; manicure sets; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons.

09 - Laptop carrying cases; cases for eyeglasses and sunglasses

14 - Key fobs, not of metal

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel [empty]; jewelry pouches [empty]; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for access/organization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks

20 - Accent pillows; personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags; Non-metal clips for general use; Non-metal picture hangers; Picture frames; Placards of wood, wall plaques of wood

21 - Coasters not of paper or textile and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use

24 - Pillow covers; fitted fabric basket liners for decorative purposes

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*VIETNAM continued.....*

    *THIRTY ONE (Stylized) continued.....*

35 - Shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves

| 4010713-195779.VN.2 | THIRTY ONE (Stylized/Pink)<br>Thirty-One Gifts, LLC | 15 Jul 2022<br>4-2022-28232 | | PUBLISHED |

Goods: 08 - Nail files; manicure sets; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons.

09 - Laptop carrying cases; cases for eyeglasses and sunglasses

14 - Key fobs, not of metal

16 - Stationery; address labels [of paper or cardboard]; notepads; note cards; personal organizers; padfolios [ office requisites]; pencil pouches.

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel [emty]; jewelry pouches [emty]; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for access/organization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks.

20 - Accent pillows; personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags; Non-metal clips for general use; Non-metal picture hangers; Picture frames; Placards of wood, wall plaques of wood

21 - Coasters not of paper or textile and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use

24 - Pillow covers; fitted fabric basket liners for decorative purposes

35 - Shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves.

| 4010713-195779.VN.3 | THIRTY ONE (Stylized/Pink,White)<br>Thirty-One Gifts, LLC | 15 Jul 2022<br>4-2022-28233 | | PUBLISHED |

Goods: 08 - Nail files; manicure sets; cases with interior thermal lining for storing or carrying electric flat irons or electric curling irons.

09 - Laptop carrying cases; cases for eyeglasses and sunglasses.

14 - Key fobs, not of metal

16 - Stationery; address labels [of paper or cardboard]; notepads; note cards; personal organizers; padfolios [ office requisites]; pencil pouches

18 - Tote bags; wallets; coin purses; clutches; cosmetic bags sold empty; jewelry rolls for travel [emty]; jewelry pouches [emty]; luggage tags; back packs; sack packs, namely, drawstring bags used as backpacks; umbrellas; purses; shoulder bags; wheeled tote bags; wristlet bags; shoulder straps; all-purpose carrying bags; handbags; interchangeable decorative covers for access/organization purposes that are specially adapted to handbags; toiletry bags sold empty; messenger bags; decorative ornaments for attaching to handbags, purses, or backpacks

20 - Accent pillows; personal compact mirrors; non-metal fabric hanging organizer; plastic hang tags; Non-metal clips for general use; Non-metal picture hangers; Picture frames; Placards of wood, wall plaques of wood

21 - Coasters not of paper or textile and not being table linen; collapsible storage containers for domestic use; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; baskets for domestic use, not of metal; general purpose storage bins for household use

24 - Pillow covers; fitted fabric basket liners for decorative purposes

35 - Shop-at-home parties featuring purses, interchangeable decorative purse covers, wallets, handbags, totes, laptop bags, shoulder bags, backpacks, sack packs, stationery, storage containers, thermal insulated containers, organizers, blankets, mirror compacts, manicure sets, jewelry rolls, jewelry pouches, luggage tags, key fobs, coasters, aprons, and scarves.

| 4010713-195779.VN | THIRTY-ONE<br>Thirty-One Gifts LLC | 05 Jul 2012<br>4-2012-14662 | 06 Jun 2017<br>282639 | REGISTERED |

Goods: 16 - Stationery; address card; pad for taking notes; small pad for taking notes; personal notebook for task reminders; small pocket for pencils.

18 - Women's shopping bags; wallet; coin purse; small women's handbags; cosmetic bag (no contents inside); roll-up leather or imitation leather jewelry holder for travel; small bags for jewelry; luggage tags of leather or imitation leather; backpack; drawstring bag for backpack use; umbrella; women's handbags; handbags with shoulder straps; large bags with wheels for towing; small bag with string to hook to the wrist; shoulder strap (strap) of leather; multi-purpose hand bag; handbag; decorative outer bag as a specialized accessory for the bag; accessories for hand bags; bag for toiletries (no contents inside); crossbody bag; Ornaments for attaching to handbags, purses or backpacks, briefcases.

| REFERENCE # | MARK<br>OWNER | FILED<br>APPLICATION # | REGISTERED<br>REGISTRATION # | STATUS |
|---|---|---|---|---|

*VIETNAM continued.....*

   *THIRTY-ONE continued.....*

21 - Cup liner is not of paper and is not a tablecloth; containers for household and kitchen use; thermos bags for food or beverages; thermostable containers for food or beverages; baskets for household use, not of metal; multi-purpose containers for household purposes; basket lining made of fabric for decorative purposes (part of a basket).

24 - Travel blanket; clothes hang tags (clothes labels) made of woven fabric

25 - Scarf; apron (clothing)

END OF REPORT                          TOTAL ITEMS SELECTED =          90

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name     **Thirty-One Gifts, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.

     ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
     with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**PO Box 327469**<br>**Montgomery, AL 36132-7469** | **Unknown** | **Unknown** |

| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| --- | --- |

| Date or dates debt was incurred | Basis for the claim:<br>**for noticing purposes only** |
| --- | --- |

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| --- | --- |

| 2.2 | Priority creditor's name and mailing address<br>**Alaska Department of Revenue**<br>**PO Box 110400**<br>**Juneau, AK 99811-0400** | **Unknown** | **Unknown** |
| --- | --- | --- | --- |

| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| --- | --- |

| Date or dates debt was incurred | Basis for the claim:<br>**for noticing purposes only** |
| --- | --- |

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| --- | --- |

25-50841-amk    Doc 1    FILED 05/15/25    ENTERED 05/15/25 17:00:31    Page 37 of 113

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Arizona Department of Revenue**
**1600 W Monroe Street**
**Phoenix, AZ 85007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Arkansas Dept of Revenue**
**206 Southwest Drive Ste B**
**Jonesboro, AR 72401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**California Dept of Tax and Fee**
**Admi**
**PO Box 942840**
**Sacramento, CA 94240-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Canada Revenue Agency**
**Province of Manitoba**
**Rm 110A, 401 York Avenue**
**Winnipeg MB R3C OP8**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For noticing purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Colorado Department of Revenue**<br>**PO Box 17087**<br>**Denver, CO 80217-0087** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**for noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Comptroller General of the USA**<br>**U.S. Government Accountability**<br>**Ofc**<br>**441 G Street NW**<br>**Washington, DC 20548** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**for noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Comptroller of Maryland**<br>**110 Carroll Street**<br>**Annapolis, MD 21401** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**for noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Connecticut Department of**<br>**Revenue**<br>**450 Columbus Blvd Suite 1**<br>**Hartford, CT 06103** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**for noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.11** Priority creditor's name and mailing address

**Delaware Department of Revenue**
**Bankruptcy Administrator**
**Carvel State Office Bldg 8th FL**
**820 N French Street**
**Wilmington, DE 19801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** Priority creditor's name and mailing address

**Florida Department of Revenue**
**3750 NW 87th Avenue Ste 300**
**Miami, FL 33178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

**Georgia Department of Revenue**
**1800 Century Blvd NE**
**Atlanta, GA 30345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address

**Hawaii Department of Taxation**
**75 Aupuni Street Ste 101**
**Hilo, HI 96720-4245**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unkown** |
|------|---|---|---|---|

**Idaho State Tax Commission**
**11321 W Chinden Blvd**
**Garden City, ID 83714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|------|---|---|---|---|

**Illinois Department of Revenue ``**
**101 W Jefferson Street**
**Springfield, IL 62702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|------|---|---|---|---|

**Indiana Department of Revenue**
**100 N Senate Avenue**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|------|---|---|---|---|

**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Iowa Department of Revenue**
**1305 E Walnut Street Fourth FL**
**0107**
**Des Moines, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kansas Department of Revenue**
**120 SE 10th Avenue**
**Topeka, KS 66612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kentucky Department of Revenue**
**501 High Street**
**Frankfort, KY 40601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Louisiana Department of Revenue**
**617 N 3rd Street**
**Baton Rouge, LA 70802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

2.23 — Priority creditor's name and mailing address

**Maine Department of Revenue**
**51 Commerce Drive**
**Augusta, ME 04330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.24 — Priority creditor's name and mailing address

**Massachusetts Department of**
**Revenue**
**Collections Bureau/Bankruptcy**
**Unit**
**PO Box 7090**
**Boston, MA 02204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.25 — Priority creditor's name and mailing address

**Michigan Department of Treasury**
**Tax Policy Division**
**Attn: Litigation Liaison**
**430 W Allegan St 2nd FL Austin**
**Bldg**
**Lansing, MI 48922**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.26 — Priority creditor's name and mailing address

**Minnesota Department of Revenue**
**600 Robert Street N**
**Saint Paul, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Mississippi Department of Revenue**
**500 Clinton Center Drive**
**Clinton, MS 39056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$27,840.00** | **Unknown** |

**Missouri Department of Revenue**
**301 W High Street**
**Jefferson City, MO 65101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Montana Department of Revenue**
**125 N. Roberts Street**
**Helena, MT 59601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Nebraska Department of Revenue**
**301 Centennial Malls S**
**Lincoln, NE 68508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| 2.31 | Priority creditor's name and mailing address<br>**Nevada Department of Taxation**<br>**3850 Arrowhead Drive**<br>**Carson City, NV 89706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**for noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.32 | Priority creditor's name and mailing address<br>**New Hampshire Department of**<br>**Revenue**<br>**109 Pleasant Street**<br>**Concord, NH 03301** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**for noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.33 | Priority creditor's name and mailing address<br>**New Mexico Taxation & Revenue**<br>**Dept.**<br>**PO Box 630**<br>**Tucson, AZ 85704-0630** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**for noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.34 | Priority creditor's name and mailing address<br>**NJ Division of Taxation**<br>**3 John Fitch Way 5th FL**<br>**PO Box 245**<br>**Trenton, NJ 08695-0245** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**for noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**North Carolina Department of Revenu**
**PO Box 25000**
**Raleigh, NC 27640-0640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**North Dakota Department of Revenue**
**600 E. Boulevard Avenue. Dept 127**
**Bismarck, ND 58505-0599**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NYS Dept. of Tax & Finance Bankrupt**
**PO Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ohio Bureau of Workers Compensation**
**ATTN Law Section Bankruptcy Unit**
**PO BOX 15567**
**Columbus, OH 43215-0567**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Ohio Department of Taxation**
**ATTN Bankruptcy Division**
**PO BOX 530**
**Columbus, OH 43216-0530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Oklahoma Tax Commission**
**2501 N. Lincoln Blvd.**
**Oklahoma City, OK 73194**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Oregon Department of Revenue**
**955 Center Street NE**
**Salem, OR 97301-2555**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**PA DEPARTMENT OF REVENUE**
**PO BOX 280905**
**Harrisburg, PA 17128-0905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rhode Island Division of Taxation**
**1 Capitol Hill**
**Providence, RI 02908**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**South Carolina Department of**
**Revenu**
**PO Box 125**
**Columbia, SC 29214-0400**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**South Dakota Department of**
**Revenue**
**PO Box 7107**
**Pierre, SD 57501**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tennessee Department of Revenue**
**c/o Tennessee Attorney General's**
**Of**
**Bankruptcy Division**
**PO Box 20207**
**Nashville, TN 37202-0207**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Texas Comptroller of Public Account**
**Revenue Accounting Division-Bankruptcy Section**
**PO BOX 13528 Capitol Station**
**Austin, TX 78710-3528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Texas Workforce Commission**
**Attn: BK Unit**
**101 East 15th Street Rm 556**
**Austin, TX 78778-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Utah State Tax Commission**
**210 N 1950 W**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Vermont Department of Taxation**
**133 State Street 1st FL**
**Montpelier, VT 05633-1401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----|----|----|----|

**Virginia Department of Taxation**
**PO Box 1115**
**Richmond, VA 23218-1115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----|----|----|----|

**Washington DC Office of Tax and**
**Rev**
**1101 4th Street SW Ste 270**
**Washington, DC 20024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----|----|----|----|

**Washington State Department of**
**Reve**
**2101 4th Avenue Ste 1400**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----|----|----|----|

**West Virginia Tax Division**
**1001 Lee Street E**
**Charleston, WV 25301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wisconsin Department of Revenue**
**2135 Rimrock Road**
**Madison, WI 53713**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wyoming Department of Revenue**
**122 W 25th Street**
**Cheyenne, WY 82002-0200**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Alena Pitts**
**500 Tywater Crossing Boulevard**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,380.00 |
|---|---|---|---|

**Amann USA**
**14803 Grant St. 140**
**Thornton, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,916.74 |
|---|---|---|---|

**American Food & Vending**
**124 Metropolitan Park Drive**
**Liverpool, NY 13088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,232.82 |
|---|---|---|---|

**APPLE FINANCIAL SERVICES POWERED BY DE L**
**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.76 |
|---|---|---|---|

**aqua science inc.**
**1877 East 17th Avenue**
**Columbus, OH 43219**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,990.10 |
|---|---|---|---|

**Aquario Design**
**10275 West Higgins Road Suite 250**
**Des Plaines, IL 60018**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535,875.73 |
|---|---|---|---|

**Atrium Buying Corporation**
**188 Commerce BLVD**
**Johnstown, OH 43031**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,198,604.69 |
|---|---|---|---|

**Atrium Buying Corporation**
**188 Commerce BLVD**
**Johnstown, OH 43031**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Note Payable, with accrued interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238,235.31 |
|---|---|---|---|

**Authentic Innovations**
**PO BOX 418**
**Boca Grande, FL 33921**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218,683.23 |
|---|---|---|---|

**Avalara**
**Dept. CH 16781**
**Palatine, IL 60055**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,192.55 |

**Bazaarvoice Inc.**
**10901 Stonelake Blvd**
**Austin, TX 78759**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,420.00 |

**BDO**
**PO Box 642743**
**Pittsburgh, PA 15264**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.80 |

**best courier inc.**
**Po Box 30251**
**Columbus, OH 43230**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,680.01 |

**Blank Canvas**
**210 W. Vaughn Street**
**Tempe, AZ 85283**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,257.56 |

**bp Energy Retail Company LLC**
**201 Helios Way**
**Houston, TX 77079**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154,212.75 |

**BrainTree**
**2211 N1st Street**
**San Jose, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,350.00 |

**Bridgette Mercer**
**1471 Hammond Road**
**Reynoldsburg, OH 43068**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,937.16** |

**Bridgework Partners**
**15110 Dallas Pkwy**
**Suite 350**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,811.87** |

**Buy box experts**
**2125 Transformation Drive**
**Lincoln, NE 68508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$811.23** |

**CA  NTAS**
**PO Box 631025**
**Cincinnati, OH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$454,972.63** |

**CBSA Canada Customs**
**ATTN AR Management Unit**
**333 North River Road, Place Vanier**
**Tower A**
**Ottawa, CA K1A0L8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,881.89** |

**CDW**
**PO Box 202289**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,089.39** |

**certified fire protection inc.**
**820791 North Richland**
**North Richland Hills, TX 76182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$425.86** |

**Cintas**
**PO Box 631025**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,392.50** |

**Clarus Partners Advisors LLC**
**1233 Dublin  Road**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,156.70** |

**Clarus- FUNDING ACCOUNT ONLY**
**1233 Dublin Road**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,535.00** |

**CLEARSTEAD ADVISORS LLC**
**1100 SUPERIOR AVENUE**
**SUITE 700**
**CLEVELAND, OH 44114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,368.00** |

**CNA Insurance**
**PO BOX 74007619**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$756.85** |

**Colordynamics Inc.**
**200 East Bethany Drive**
**Allen, TX 75002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,208.47** |

**ComDoc**
**P.O. Box 936697**
**Atlanta, GA 31193**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,543.91** |

**Converge Technology Solutions**
**PO BOX 23623**
**New York, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,348.40 |
|---|---|---|---|

**Copper Mobile Inc**
4100 Spring Valley Rd, Ste 525
Dallas, TX 75244

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,767.05 |
|---|---|---|---|

**Corsearch Inc**
6060 North Central Expressway
ste 344
Dallas, TX 75206

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,747.36 |
|---|---|---|---|

**CoServ**
PO Box 734803
Dallas, TX 75373

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,302.18 |
|---|---|---|---|

**Cox Cleaning Llc**
2653 Sagebrush Ste 220
Flower Mound, TX 75028

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,262.50 |
|---|---|---|---|

**Croley, Martell & Associates Ltd.**
2000 Auburn Drive
Cleveland, OH 44122

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,534.28 |
|---|---|---|---|

**Crown Credit Company**
P.O. Box 640352
Cincinnati, OH 45264

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,671.73 |
|---|---|---|---|

**Crown Lift Trucks**
PO Box 641173
Cincinnati, OH 45264

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

25-50841-amk    Doc 1    FILED 05/15/25    ENTERED 05/15/25 17:00:31    Page 56 of 113

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Cybra Corporation**
**28 Wells Avenue Building 3**
**Yonkers, NY 10701**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,979,648.03 |
|---|---|---|---|

**Cynthia Monroe**
**951 Garden Ridge Blvd.**
**Flower Mound, TX 75028**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Note payable, plus interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,069.69 |
|---|---|---|---|

**Daily Services Llc**
**1110 Morse Rd**
**Columbus, OH 43229**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,980.00 |
|---|---|---|---|

**Datavail**
**11800 Ridge Parkway**
**Suite 125**
**Broomfield, CO 80021**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,621.69 |
|---|---|---|---|

**Dell Financial Service**
**1 Dell Way**
**Round Rock, TX 78682**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,949.33 |
|---|---|---|---|

**Deloitte Global LLP**
**41St Floor**
**New York City, NY 10112**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,550.00 |
|---|---|---|---|

**Deloitte Tax LLP**
**4022 Sells Drive**
**Hermitage, TN 37076**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,509.63 |
|---|---|---|---|
| | **Disney Destinations, LLC**<br>**PO BOX 733100**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,250.00 |
|---|---|---|---|
| | **Diveteam Llc**<br>**251 Tweed Ct**<br>**Sugar Hill, GA 30518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,557.50 |
|---|---|---|---|
| | **eClerx**<br>**286 Madison Avenue, 14th Floor**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,127.50 |
|---|---|---|---|
| | **Eclipse Creative Services, Inc.**<br>**825 Taylor Rd**<br>**Gahanna, OH 43230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,566.79 |
|---|---|---|---|
| | **Elite Material Handling**<br>**900 Port America Place**<br>**Grapevine, TX 76051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449,731.70 |
|---|---|---|---|
| | **Expedient/Continental Broadband**<br>**1 Allegheny Square, Suite 600**<br>**Pittsburgh, PA 15212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,739,991.59 |
|---|---|---|---|
| | **Fedex Corporate Services**<br>**J.P. Morgan Chase, NA**<br>**525 West Monroe 6th Floor, Suite 0239**<br>**Chicago, IL 60661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,889.02 |
|---|---|---|---|
| | **Fern Exposition Services LLC**<br>**645 Linn St**<br>**Cincinnati, OH 45203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,906.09 |
|---|---|---|---|
| | **Fidelity Investments Institutional Opera**<br>**245 Summer St.**<br>**Boston, MA 02109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,622.61 |
|---|---|---|---|
| | **Fifth Third Technology Finance**<br>**6111 N. River Road 5Th Floor**<br>**Des Plaines, IL 60018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,830.31 |
|---|---|---|---|
| | **Five9 Inc.**<br>**3001 Bishop Drive**<br>**Suite 350**<br>**San Ramon, CA 94583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|
| | **Fortra Llc**<br>**11095 Viking Drive, Suite 100**<br>**Eden Prairie, MN 55344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.50 |
|---|---|---|---|
| | **Fredrikson Byron P.A.**<br>**P.O. Box 1484**<br>**Minneapolis, MN 55480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,039.16 |
|---|---|---|---|
| | **Frevel**<br>**3785 NW 82 Avenue, Suite 314**<br>**Doral, FL 33166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299,079.07 |
|---|---|---|---|

**Frontier Supply Chain Solutions**
**ATTN Ben Mathis**
**1450 W. Thorndale Ave.**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 |
|---|---|---|---|

**Gather No Moss Ltd**
**Wise US Inc.**
**30 W 26th Street**
**new york, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Georgetown Way 1, LLC**
**4016 Townsfair Way**
**Suite 201**
**Columbus, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**Global Lt Inc.**
**755 W. Big Beaver Road, Suite 700**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,115.80 |
|---|---|---|---|

**Goto Communications Inc.**
**333 Summer Street**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.00 |
|---|---|---|---|

**Grainger**
**Dept 877211094**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,400.00 |
|---|---|---|---|

**Grant Thornton LLP**
**33562 Treasury Center**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,411.71 |
|---|---|---|---|

**Greater Columbus Convention Center**
**400 N**
**44400 Ni 400400 n400**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,575.76 |
|---|---|---|---|

**Green Mountain Technology Llc**
**PO BOX 171264**
**Memphis, TN 38187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,989.59 |
|---|---|---|---|

**Guardian**
**P.O. Box 677458**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,665.54 |
|---|---|---|---|

**Guardian - Alternate Funded**
**10 Hudson Yards**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,414.00 |
|---|---|---|---|

**Hirsch Solutions Inc**
**490 Wheeler Rd**
**Suite 285**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,769.48 |
|---|---|---|---|

**Holmes Murphy & Associates LLC**
**2727 Grand Prairie Parkway**
**Waukee, IA 50263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,970.63 |
|---|---|---|---|

**Hopkins Printing**
**2246 Citygate Drive**
**Columbus, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,294.78 |
|---|---|---|---|

**Hyatt Regency Columbus**
**350 N High St**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,003.54 |
|---|---|---|---|

**Ingersoll Rand**
**525 Harbour Place Drive, Suite 600**
**Davidson, NC 28036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**IntegraTax, Inc.**
**4055 International Plaza**
**Suite 130**
**Fort Worth, TX 76109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,600.00 |
|---|---|---|---|

**IntraEdge, Inc**
**5660 West Chandler Blvd**
**chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,094.70 |
|---|---|---|---|

**ITsavvy LLC**
**2015 Spring Road**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,859.52 |
|---|---|---|---|

**J.B. Hunt Transport Inc**
**P.O. Box 98545**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julie Sutton**
**13700 Unita Rd**
**Friendsville, TN 37737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Severance Agreement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205,878.00 |
|---|---|---|---|

**Kanbrick LLC**
**4017 Hillsbororo Pike, Suite 402**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Note Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,528.96 |
|---|---|---|---|

**Kronos Saashr Inc.**
**Po Box 744724**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,050.00 |
|---|---|---|---|

**Lauren Kinney , LLC**
**7932 Branch Hollow Trail**
**Fort Worth, TX 76123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,745.36 |
|---|---|---|---|

**Level 3 Communications**
**PO Box 91082**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,420.74 |
|---|---|---|---|

**Lgc Plumbing Inc**
**2612 National Circle, Suite 100**
**Garland, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,817.07 |
|---|---|---|---|

**Manhattan Associates Inc.**
**2300 Windy Ridge Parkway**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,933.64 |
|---|---|---|---|

**Market Sphere Consulting, LLC**
**951 Garden Ridge Parkway**
**14301 First National Bank Parkway Suite**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204.03** |
|---|---|---|---|

**MHC Truck Leasing**
**4646 Irving Blvd**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Michelle Harris**
**5233 Highpointe Lakes Drive**
**Unit 303**
**Westerville, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242,898.61** |
|---|---|---|---|

**Microsoft**
**One Microsoft Way**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,292.22** |
|---|---|---|---|

**MicroStrategy Services Corporation**
**1850 Towers Crescent Plaza**
**Tysons, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,650.00** |
|---|---|---|---|

**Millar Kreklewetz LLP**
**24 Duncan street**
**Toronto Ontario, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,654.01** |
|---|---|---|---|

**Mills James**
**3545 Fishinger Blvd**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**Mosaic Consulting Group, LLC**
**2503 Eugenia Ave**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.38 |
|---|---|---|---|
| | **Motive Energy of Dallas**<br>**1724 Trinity Valley Dr**<br>**Carrollton, TX 75006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,245.40 |
|---|---|---|---|
| | **n.j. malin associates llc**<br>**P.O. Box 843860**<br>**Dallas, TX** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,661.19 |
|---|---|---|---|
| | **Nahan Printing**<br>**7000 Saukview Drive**<br>**Saint Cloud, MN 56303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,549.25 |
|---|---|---|---|
| | **Optimizely**<br>**631 Howard Street**<br>**Suite 100**<br>**San Francisco, CA 94105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.44 |
|---|---|---|---|
| | **Outpost24 Inc.**<br>**50 S Main St**<br>**Suite 200**<br>**Naperville, IL 60540** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,300.00 |
|---|---|---|---|
| | **PasswordPing Ltd dba Enzoic**<br>**P.O. Box 20896**<br>**Boulder, CO 80308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,420.60 |
|---|---|---|---|
| | **Percona LLC**<br>**Post Office 1126**<br>**Durham, NC 27702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,210.54 |
|---|---|---|---|

**Pitney Bowes Inc**
**Po Box 981039**
**Boston, MA 02298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,630.16 |
|---|---|---|---|

**Porter Wright Morris & Arthur LLP**
**Porter Wright Morris and Arthur LLP**
**41 South High Street Ste. 2800-3200**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,424.55 |
|---|---|---|---|

**Pratt Corrugated Holdings Inc.**
**4004 Summit Blvd. NE, Suite 1000**
**Atlanta, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,029.00 |
|---|---|---|---|

**Presidio Networked Solutions Group Llc**
**Po Box 677638**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $603,345.65 |
|---|---|---|---|

**Princess House**
**951 Garden Ridge Blvd**
**Flower Mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430,728.58 |
|---|---|---|---|

**Purolator Inc.**
**2727 Meadowpine Blvd.**
**Mississauga, ONT**
**CANADA l5N 0E1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**Purple Care**
**12121 Eagle Mountain Dam Rd**
**Fort Worth, TX 76135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231.03 |

**Quest Software Inc.**
PO Box 731381
Dallas, TX

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.35 |

**Red Gate Software Limited**
P Street
Boston, MA 02127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,563.12 |

**Republic Services#615**
PO BOX 78829
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |

**Revel Interactive, LLC.**
270 Ash st.
n/a
denver, CO 80220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,200.00 |

**Revel IT**
4900 Blazer Parkway,
Dublin,, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,791.46 |

**Ricoh Usa Inc**
P.O. Box 802815
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,458.70 |

**Royal Document Destruction**
L-3228
Columbus, OH 43260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,460.75 |
|---|---|---|---|

**Rune Model Management**
**1033 Demonbreun St Suite 300**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,110.32 |
|---|---|---|---|

**Sailthru Inc.**
**11 Lea Ave**
**United States**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,632.36 |
|---|---|---|---|

**Salesforce Inc.**
**PO BOX 203141**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,099.50 |
|---|---|---|---|

**Sandler Travis Rosenberg P.A.**
**5835 Waterford District Drive**
**Suite 200**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,328.37 |
|---|---|---|---|

**Securitas Technology Corporation**
**Dept. CH 10651**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,507.93 |
|---|---|---|---|

**SendGrid**
**1801 California Street, Suite 500**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,408.89 |
|---|---|---|---|

**service express**
**3854 Broadmoor Ave SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495,235.55 |
|---|---|---|---|

**SHI International Corp**
**290 Davidson Ave**
**PO Box 952121**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,905.07 |
|---|---|---|---|

**SHI International Corp - Lease Direct**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,071.73 |
|---|---|---|---|

**Sirius Computer Solutions Llc**
**10100 Reunion Place Suite 500**
**San Antonio, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,207.44 |
|---|---|---|---|

**Skybox Packaging, LLC**
**1275 Pollock PKWY**
**Mansfield, OH 44905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.73 |
|---|---|---|---|

**Smart City Networks, L.P.**
**5795 Badura Avenue**
**Ste. 110**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458.71 |
|---|---|---|---|

**SOUTHEASTERN FREIGHT LINES**
**Po Box 1691**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206,329.85 |
|---|---|---|---|

**Spectrum Llc**
**315 Sw 11Th Avenue Suite 200**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,195.65 |
|---|---|---|---|

**Splunk LLC**
**250 Brannan Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,568.04 |
|---|---|---|---|

**STAFF FORCE INC**
**419 Mason Park Blvd.**
**Katy, TX 77450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,352.03 |
|---|---|---|---|

**Stanley Convergent Security Solutions In**
**8350 Sunlight Drive**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|

**Statnetics Llc**
**1900 N Bayshore Dr**
**# 4101**
**MIAMI, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,352.12 |
|---|---|---|---|

**Sterling**
**One State Street 24th Floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,800.00 |
|---|---|---|---|

**Str8Tech LLC**
**293 Arledge drive**
**Commercial Point, OH 43116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,680.30 |
|---|---|---|---|

**Technology Finance**
**PO Box 843840**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,560.57 |
|---|---|---|---|

**Theatrical Payroll Service of Central Oh**
**566 E. Rich Street**
**Columbus, OH 43215**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,744.11 |
|---|---|---|---|

**Time Warner Cable**
**BOX 223085**
**Pittsburgh, PA 15251**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Total Quality Logistics**
**4289 Ivy Pointe Blvd**
**Cincinnati, OH 45245**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $496.82 |
|---|---|---|---|

**Two Way Direct**
**3262 Grey Hawk Court**
**Carlsbad, CA 92010**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,003.71 |
|---|---|---|---|

**UKG INC**
**2000 Ultimate Way**
**Weston, FL 33326**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,672.93 |
|---|---|---|---|

**Uline**
**Po Box 88741**
**ATTN: AR**
**Chicago, IL 60680**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.75 |
|---|---|---|---|

**UniFirst**
**P.O. Box 650481**
**Dallas, TX 75265**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338,667.44 |
|---|---|---|---|

**UPS Supply Chain Solutions**
**28013 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,416.86 |
|---|---|---|---|

**Vargo LLC**
**5555 Frantz Road**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,556.50 |
|---|---|---|---|

**Velosio**
**5747 Perimeter Drive**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
|---|---|---|---|

**Velvetjobs Llc**
**7095 Hollywood Boulevard**
**1521**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,598.57 |
|---|---|---|---|

**Veritiv Corporation**
**1000 Abernathy Road NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,819.73 |
|---|---|---|---|

**Veritiv Operating Company**
**1000 Abernathy Road NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,046.89 |
|---|---|---|---|

**Vimeo.Com Inc.**
**330 West 34th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,119.10 |
|---|---|---|---|

**Vital Records Control**
**PO BOX 415000**
**MSC 7589 VRC Midwest- Ops Account**
**Nashville, TN 37241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,076.97 |
|---|---|---|---|

**VivaColor**
**6473 Proprietors Road**
**Columbus, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,092.67 |
|---|---|---|---|

**We Source II, LLC DBA Responsive Staffin**
**400 W Virginia St Ste 100**
**Mckinney, TX 75069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,267.69 |
|---|---|---|---|

**Whiplash**
**6000 Windward Parkway**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,727.00 |
|---|---|---|---|

**Wipfli Llp**
**Po Box 3160**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Workvivo Limited**
**Exham House**
**The Fingerpost**
**Douglas**
**Cork**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

25-50841-amk    Doc 1    FILED 05/15/25    ENTERED 05/15/25 17:00:31    Page 73 of 113

| Debtor | Thirty-One Gifts, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**    **Hawaii Department of Taxation** <br> **Director of Taxation** <br> **830 Punchbowl Street Room 221** <br> **Honolulu, HI 96813-5094** | Line __2.14__ <br><br> ☐ Not listed. Explain ____ | _ |
| **4.2**    **ARIZONA ATTORNEY GENERAL'S OFFICE** <br> **PO BOX 6123 MD 7611** <br> **Phoenix, AZ 85005** | Line __2.3__ <br><br> ☐ Not listed. Explain ____ | _ |
| **4.3**    **CALIFORNIA FRANCHISE TAX BOARD** <br> **BANKRUPTCY SECTION MS A340** <br> **PO BOX 2952** <br> **Sacramento, CA 95812** | Line __2.5__ <br><br> ☐ Not listed. Explain ____ | _ |
| **4.4**    **Florida Department of Revenue** <br> **5050 West Tennessee Street** <br> **Tallahassee, FL 32399** | Line __2.12__ <br><br> ☐ Not listed. Explain ____ | _ |
| **4.5**    **Internal Revenue Service** <br> **Insolvency Group 6** <br> **1240 East Ninth Street, Room 493** <br> **Cleveland, OH 44199-9941** | Line __2.18__ <br><br> ☐ Not listed. Explain ____ | _ |
| **4.6**    **Michigan Department of Treasury** <br> **PO Box 30756** <br> **Lansing, MI 48909** | Line __2.25__ <br><br> ☐ Not listed. Explain ____ | _ |
| **4.7**    **NEW YORK ATTORNEY GENERAL** <br> **LETITIA JAMES DEPT OF LAW** <br> **THE CAPITOL 2ND FL** <br> **Albany, NY 12224-0341** | Line __2.37__ <br><br> ☐ Not listed. Explain ____ | _ |
| **4.8**    **New York Dept of Taxation and Finan** <br> **Harriman Campus Rd** <br> **Albany, NY 12227** | Line __2.37__ <br><br> ☐ Not listed. Explain ____ | _ |
| **4.9**    **Ohio Attorney General** <br> **Collections Enforcement Unit** <br> **30 E. Broad Street, 14th Floor** <br> **Columbus, OH 43215** | Line __2.39__ <br><br> ☐ Not listed. Explain ____ | _ |
| **4.10**    **Ohio Bureau of Workers Compensation** <br> **ATTN: Law Section Bankruptcy Unit** <br> **30 W. Spring Street** <br> **Columbus, OH 43215** | Line __2.38__ <br><br> ☐ Not listed. Explain ____ | _ |
| **4.11**    **Tennessee Department of Revenue** <br> **500 Deaderick Street** <br> **Nashville, TN 37242** | Line __2.46__ <br><br> ☐ Not listed. Explain ____ | _ |
| **4.12**    **United States Attorney** <br> **Civil Process Clerk-IRS** <br> **801 West Superior Avenue Ste 400** <br> **Cleveland, OH 44113-1852** | Line __2.18__ <br><br> ☐ Not listed. Explain ____ | _ |

| Debtor | **Thirty-One Gifts, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
| --- | --- | --- | --- |
| 4.13 | **United States Attorney General** **U.S. Dept of Justice Tax Division** **Civil Trial Section Northern Region** **P.O. Box 55, Ben Franklin Station** **Washington, DC 20044** | Line __2.18__  ☐ Not listed. Explain _____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ 27,840.00 |
| **5b. Total claims from Part 2** | 5b.   + | $ 56,574,244.96 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 56,602,084.96 |

Debtor name    **Thirty-One Gifts, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Lease of Computer Equipment** | |
| State the term remaining | **Apple Financial Services Powered by Dell** |
| List the contract number of any government contract | **111 Old Eagle School Rd. Wayne, PA 19087** |

**Fill in this information to identify the case:**

Debtor name  **Thirty-One Gifts, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City  State  Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City  State  Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City  State  Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City  State  Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

25-50841-amk   Doc 1   FILED 05/15/25   ENTERED 05/15/25 17:00:31   Page 77 of 113

**Fill in this information to identify the case:**

Debtor name   **Thirty-One Gifts, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>■ Other   **Gross Receipts less Discounts** | **$55,808,294.00** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Gross Receipts less Discounts** | **$74,021,548.00** |
   | **For the fiscal year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other   **Gross receipts less Discounts** | **$130,052,402.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **SEE ATTACHED LIST** | **Various as shown on the attached** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Porter Wright Morris Arthur** | **May 14, 2025 from Trust funds held by Roetzel** | **$8,886.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Texas State Comptroller** | **4/17/2025 from Trust funds held at Roetzel** | **$41,043.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.4. **Roetzel & Andress LPA** | **3/31/25, 4/7/25, and 4/21/25 from Trust funds held by Roetzel** | **$16,588.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Cynthia Monroe**<br>**951 Garden Ridge Blvd.**<br>**Flower Mound, TX 75028**<br>**CEO** | **Various** | **$326,237.55** | **Salary and Reimbursement of Expenses** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

25-50841-amk    Doc 1    FILED 05/15/25    ENTERED 05/15/25 17:00:31    Page 79 of 113

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Daily Services LLC, et al., v. Thirty-One Gifts LLC, et al.**<br>**24 CV-005927** | | **Court of Common Pleas Clerk of the Franklin County Common Pleas Court**<br>**345 S. High Street**<br>**Columbus, OH 43215** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Roetzel & Andress**<br>**222 S. Main Street, Suite 400**<br>**Akron, OH 44308** | **Flat Fee plus filing fee** | **3/28/25** | **$10,388.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Lollytogs, LTD. dba LT Apparel Group**<br>**2 Park Avenue, 19th Floor**<br>**New York, NY 10016** | **Sale of 45 Embroidery Machines for $1,000,000.00, payments continue to be due under purchase agreement** | | **$0.00** |
| | Relationship to debtor | | | |
| 13.2. | **Princess House**<br>**951 Garden Ridge Blvd**<br>**Flower Mound, TX 75028** | **Sale of residual property for $100,000** | | **$0.00** |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

&#9632; No. Go to Part 9.
&#9633; Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

&#9633; No.
&#9632; Yes. State the nature of the information collected and retained.

**Customer Information including names, emails, and billing address**

Does the debtor have a privacy policy about that information?
&#9633; No
&#9632; Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

&#9633; No. Go to Part 10.
&#9632; Yes. Does the debtor serve as plan administrator?

&#9633; No Go to Part 10.
&#9632; Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401(k) -No distributions post 12/31/2024; working with Fidelity to undertake Termination Process** | EIN: |

Has the plan been terminated?
&#9632; No
&#9633; Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

&#9633; None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Royal Bank Canada** | **XXXX-1020** | &#9633; Checking<br>&#9633; Savings<br>&#9633; Money Market<br>&#9633; Brokerage<br>&#9633; Other___ | **December, 2024** | **$6,651.49** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Huntington National Bank** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **LOC, closed in past year** | **$0.00** |
| 18.3. | **Huntington National Bank** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Credit Cards, Closed in past year** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **TGTM Holdings LLC** | **Ohio Limited Liability Company** | EIN:    **46-0570946**<br><br>From-To |
| 25.2. | **Thirty-One Gifts International LLC** | **Ohio C Corporation** | EIN:    **83-2936635**<br><br>From-To |
| 25.3. | **Logistics Thirty-One LLC** | **Texas Limited Liability Company** | EIN:    **93-2740565**<br><br>From-To |
| 25.4. | **Thirty-One Gifts Canada Inc.** | **Company formed in British Columbia** | EIN:    **98-1103453, BN 81199 7089 RC0001**<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **WIPFLI LLP**<br>**100 Tri-State International, Suite 300**<br>**Lincolnshire, IL 60069** | **June 27, 2024 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
| --- | --- | --- |
| 26b.1. | **Grant Thornton**<br>**500 N. Akard Street, Suite 1200**<br>**Dallas, TX 75201** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
| --- | --- | --- |
| 26c.1. | **WIPFLI LLC**<br>**100 Tri-State International, Suite 300**<br>**Lincolnshire, IL 60069** | **As outsourced controller accessed books of accounts and records via QB Online and had access as of date hereof** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Cynthia Monroe** | **951 Garden Ridge Blvd.**<br>**Flower Mound, TX 75028** | **CEO** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Cynthia Monroe**<br>**951 Garden Ridge Blvd.**<br>**Flower Mound, TX 75028** | | | **SEE RESPONSE TO SOFA #4** |
| | Relationship to debtor<br>**CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **TOG HoldCo LLC** | **EIN:    85-1746262** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 15, 2025**

**/s/ Cynthia Monroe**                                    **Cynthia Monroe**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

| Full Date | Account | Transaction Type | Amount | Description |
|---|---|---|---|---|
| 2/12/2025 | TOG CDA | CHECK PAID | | 8.49 SUBSTITUTE CHECK - Consultant Checks |
| 2/12/2025 | TOG CDA | CHECK PAID | | 6.99 SUBSTITUTE CHECK - Consultant Checks |
| 2/12/2025 | TOG CDA | CHECK PAID | | 2 SUBSTITUTE CHECK - Consultant Checks |
| 2/12/2025 | TOG Operating | ACH DEBIT | | 1046.76 BILL.COM PAYABLES 015IVFOYEWC49S0 MADIE HATCHER BILL.COM 015IVFOYEWC49S0 MULTIPLE INVOICES THIRTY-ONE GIFTS LLC |
| 2/12/2025 | TOG Operating | ACH DEBIT | | 977.48 BILL.COM PAYABLES 015LIOVOOTC3DGK REPUBLIC SERVICES#615 BILL.COM 015LIOVOOTC3DGK ACCT 3-0615-0108888 THIRTY-ONE GIFTS LLC |
| 2/12/2025 | TOG Tax | ACH DEBIT | | 38801.94 AVALARA CLIENT TFUNDING 1941106 AVALARA - SALES TAX FUNDING 202501 THIRTY-ONE GIFTS LLC |
| 2/13/2025 | TOG CDA | CHECK PAID | | 19.18 SUBSTITUTE CHECK - Consultant Checks |
| 2/13/2025 | TOG Payroll | ACCOUNT ANALYSIS REFUND | | 36 OVERDRAFT FEE WAIVE |
| 2/13/2025 | TOG Payroll | ACH DEBIT | | 10467.64 ULTIMATE SOFTWARPAYMENTS 250212DD2LUSHRWU3AG4C THIRTY-ONE GIFTS LLC |
| 2/13/2025 | TOG Payroll | MISCELLANEOUS FEES | | 36 OVERDRAFT FEE |
| 2/14/2025 | TOG Operating | ACH DEBIT | | 50 AMERICAN EXPRESSCOLLECTION2502143343435087 THIRTY-ONE G3343435087 |
| 2/14/2025 | TOG Operating | WIRE TRANSFER DEBIT | | 9600 DBT+0/018934407121 THIRTY ONE GIFTS LLC 8131 SMITHS MILL RD NEW ALBANY OH 43054 |ORG=/ US |OBI=Invoice payment |SRF=372491 \0003249 |Orig Ref #: 045570.00.0011 |BBK=A/071006486 CIBC BANK USA CHICAGO IL |BNF=/2190924 Vendor Price P.C. US|Fed Ref#: 0214D487A01C000386 |Time Recv:08.44.22 |
| 2/18/2025 | TOG CDA | CHECK PAID | | 15.2 SUBSTITUTE CHECK - Consultant Checks |
| 2/18/2025 | TOG CDA | CHECK PAID | | 11.99 SUBSTITUTE CHECK - Consultant Checks |
| 2/18/2025 | TOG CDA | CHECK PAID | | 3.9 SUBSTITUTE CHECK - Consultant Checks |
| 2/18/2025 | TOG Operating | MISCELLANEOUS FEES | | 2294.78 PRIOR MONTHS SERVICE CHARGES (REFER TO ACCOUNT ANALYSIS STATEMENT) |
| 2/19/2025 | TOG CDA | CHECK PAID | | 58.9 SUBSTITUTE CHECK - Consultant Checks |
| 2/19/2025 | TOG CDA | CHECK PAID | | 14 SUBSTITUTE CHECK - Consultant Checks |
| 2/19/2025 | TOG Operating | ACH PREFUND DEBIT | | 2500 ACH SETTLMT RELDATE_FUND HNB HVACH THIRTYONE |
| 2/19/2025 | TOG Tax | ACH DEBIT | | 9.7 AVALARA CLIENT TFUNDING 1946393 AVALARA - SALES TAX FUNDING 202501 THIRTY-ONE GIFTS LLC |
| 2/20/2025 | TOG CDA | CHECK PAID | | 58.6 SUBSTITUTE CHECK - Consultant Checks |
| 2/20/2025 | TOG CDA | CHECK PAID | | 37.97 SUBSTITUTE CHECK - Consultant Checks |
| 2/20/2025 | TOG CDA | CHECK PAID | | 17.99 SUBSTITUTE CHECK - Consultant Checks |
| 2/21/2025 | TOG CDA | CHECK PAID | | 61.18 SUBSTITUTE CHECK - Consultant Checks |
| 2/21/2025 | TOG CDA | CHECK PAID | | 45.47 SUBSTITUTE CHECK - Consultant Checks |
| 2/21/2025 | TOG CDA | CHECK PAID | | 16.77 SUBSTITUTE CHECK - Consultant Checks |
| 2/21/2025 | TOG CDA | CHECK PAID | | 9.7 SUBSTITUTE CHECK - Consultant Checks |
| 2/21/2025 | TOG CDA | CHECK PAID | | 6 SUBSTITUTE CHECK - Consultant Checks |
| 2/21/2025 | TOG Operating | ACH PREFUND DEBIT | | 1323.72 ACH SETTLMT RELDATE_FUND HNB HVACH THIRTYONE |
| 2/21/2025 | TOG Operating | ACH DEBIT | | 288.86 BILL.COM PAYABLES 015ETTBUARCHOLI GIOCONDA DAVIS BILL.COM 015ETTBUARCHOLI INV 2034 THIRTY-ONE GIFTS LLC |
| 2/24/2025 | TOG CDA | CHECK PAID | | 42.4 SUBSTITUTE CHECK - Consultant Checks |
| 2/24/2025 | TOG Operating | ACH DEBIT | | 6208.48 BILL.COM PAYABLES 015XGGYPTGCK126 GUARDIAN - ALTERNATE FUNDED BILL.COM 015XGGYPTGCK126 MULTIPLE INVOICES THIRTY-ONE GIFTS LLC |
| 2/24/2025 | TOG Operating | ACH DEBIT | | 271.92 USPS8600025201 2818632831825052ZU8QPLVDMFFX03 THIRTYONE GIFTS MCMAHA |
| 2/25/2025 | TOG CDA | CHECK PAID | | 24.4 SUBSTITUTE CHECK - Consultant Checks |
| 2/25/2025 | TOG Payroll | ACH PREFUND DEBIT | | 2296.54 ACH SETTLMT RELDATE_FUND 250225THIRTYONE PAYROLL |
| 2/26/2025 | TOG Operating | ACH PREFUND DEBIT | | 1672.49 ACH SETTLMT RELDATE_FUND HNB HVACH THIRTYONE |
| 2/26/2025 | TOG Operating | ACH DEBIT | | 3076.97 BILL.COM PAYABLES 015TOFCNYUCOFZX VIVACOLOR BILL.COM 015TOFCNYUCOFZX INVOICE VARIOUS THIRTY-ONE GIFTS LLC |
| 2/26/2025 | TOG Payroll | ACH DEBIT | | 831.1 ULTIMATE SOFTWARPAYMENTS 250226112VOWC0I8651VVB THIRTY-ONE GIFTS LLC |
| 2/27/2025 | TOG CDA | CHECK PAID | | 74.16 SUBSTITUTE CHECK - Consultant Checks |
| 2/27/2025 | TOG CDA | CHECK PAID | | 34.2 SUBSTITUTE CHECK - Consultant Checks |
| 2/27/2025 | TOG CDA | CHECK PAID | | 13.59 SUBSTITUTE CHECK - Consultant Checks |
| 2/27/2025 | TOG CDA | CHECK PAID | | 12.8 SUBSTITUTE CHECK - Consultant Checks |
| 2/27/2025 | TOG CDA | CHECK PAID | | 5.99 SUBSTITUTE CHECK - Consultant Checks |
| 2/27/2025 | TOG CDA | CHECK PAID | | 1.08 SUBSTITUTE CHECK - Consultant Checks |
| 2/28/2025 | TOG CDA | CHECK PAID | | 36.5 SUBSTITUTE CHECK - Consultant Checks |
| 2/28/2025 | TOG CDA | CHECK PAID | | 32.58 SUBSTITUTE CHECK - Consultant Checks |
| 2/28/2025 | TOG Operating | ACH DEBIT | | 676.96 BILL.COM PAYABLES 015FCBYSAFCSV1W GIOCONDA DAVIS BILL.COM 015FCBYSAFCSV1W INV 2035 THIRTY-ONE GIFTS LLC |
| 3/3/2025 | TOG CDA | CHECK PAID | | 14.4 SUBSTITUTE CHECK - Consultant Checks |
| 3/3/2025 | TOG CDA | CHECK PAID | | 9.8 SUBSTITUTE CHECK - Consultant Checks |
| 3/3/2025 | TOG CDA | CHECK PAID | | 0.8 SUBSTITUTE CHECK - Consultant Checks |
| 3/3/2025 | TOG Operating | ACH DEBIT | | 196.45 TSYS FEES SEP 250302848700516599934 THIRTY ONE GIFTS |
| 3/3/2025 | TOG Tax | ACH DEBIT | | 23995.5 AVALARA CLIENT TFUNDING 1947522 AVALARA - SALES TAX FUNDING 202502 THIRTY-ONE GIFTS LLC |
| 3/4/2025 | TOG CDA | CHECK PAID | | 5.2 SUBSTITUTE CHECK - Consultant Checks |
| 3/5/2025 | TOG Operating | ACH DEBIT | | 465.41 BILL.COM PAYABLES 015JHPDWKCD0UKP GIOCONDA DAVIS BILL.COM 015JHPDWKCD0UKP INV 2036 THIRTY-ONE GIFTS LLC |
| 3/5/2025 | TOG Operating | ACH DEBIT | | 101.48 BRAINTREE FUNDING 4MMRFP THIRTYONEGIFTS_INSTANT |
| 3/6/2025 | TOG CDA | CHECK PAID | | 81.33 SUBSTITUTE CHECK - Consultant Checks |
| 3/6/2025 | TOG Operating | ACH DEBIT | | 1834.57 BILL.COM LLC BILLING 02B4HDLAWDMPARI BILL.COM 02B4HDLAWDMPARI STMT 25037949866 THIRTY-ONE GIFTS LLC THIRTY-ONE GIFTS LLC |
| 3/6/2025 | TOG Operating | ACH DEBIT | | 1178.21 BRAINTREE FUNDING 7PZS8T THIRTYONEGIFTS_INSTANT |
| 3/6/2025 | TOG Operating | ACH DEBIT | | 65 BRAINTREE FUNDING CM6VCY THIRTYONEGIFTS_INSTANT |
| 3/7/2025 | TOG CDA | CHECK PAID | | 24.76 SUBSTITUTE CHECK - Consultant Checks |
| 3/7/2025 | TOG CDA | CHECK PAID | | 19.4 SUBSTITUTE CHECK - Consultant Checks |
| 3/7/2025 | TOG CDA | CHECK PAID | | 3.6 SUBSTITUTE CHECK - Consultant Checks |
| 3/10/2025 | TOG CDA | CHECK PAID | | 6 SUBSTITUTE CHECK - Consultant Checks |
| 3/10/2025 | TOG CDA | CHECK PAID | | 4.37 SUBSTITUTE CHECK - Consultant Checks |
| 3/11/2025 | TOG Operating | ACH PREFUND DEBIT | | 2318.46 ACH SETTLMT RELDATE_FUND HNB HVACH THIRTYONE |
| 3/11/2025 | TOG Operating | ACH DEBIT | | 423.1 BILL.COM PAYABLES 015WEVHIDNDA9IF GIOCONDA DAVIS BILL.COM 015WEVHIDNDA9IF PROFESSIONAL SERVICES W/E 03/09/2025 THIRTY-ONE GIFTS LLC |
| 3/11/2025 | TOG Operating | ACH DEBIT | | 61.95 BRAINTREE FUNDING 83WSSD THIRTYONEGIFTS_INSTANT |
| 3/11/2025 | TOG Operating | WIRE TRANSFER DEBIT | | 42499 DBT+0/018934407121 THIRTY ONE GIFTS LLC 8131 SMITHS MILL RD NEW ALBANY OH 43054 |ORG=/ US |OBI=Payment |SRF=372491 \0003258 |BNF=D/03898649638 SCOTT V MONROE CYNTHIA M MONROE 2991 NEWMARK DR MIAMISBURG OH 45342-5416 |Time Recv:14.47.56 |
| 3/11/2025 | TOG Operating | WIRE TRANSFER DEBIT | | 12567.5 DBT+0/018934497121 THIRTY ONE GIFTS LLC 8131 SMITHS MILL RD NEW ALBANY OH 43054 |ORG=/ US |OBI=Payment |SRF=372491 \0003259 |BBK=A/041000124 PNC BANK OHIO CLEVELAND OH XX |BNF=/41300090751 Roetzel &amp; Andress LPA US|Fed Ref#: 0311D4B74G1C001712 |Time Recv:14.47.56 |
| 3/12/2025 | TOG Operating | ACH DEBIT | | 68337.66 BILL.COM PAYABLES 015PFRLFVSDCVV3 Wipfli BILL.COM PAYABLES 015PFRLFVSDCVV3 THIRTY-ONE GIFTS LLC |
| 3/12/2025 | TOG Operating | ACH DEBIT | | 10557.5 BILL.COM PAYABLES 015PFRLFVSDCVV3 eClerx BILL.COM PAYABLES 015PFRLFVSDCVV3 THIRTY-ONE GIFTS LLC |
| 3/12/2025 | TOG Operating | ACH DEBIT | | 442.07 BRAINTREE FUNDING 338DW8 THIRTYONEGIFTS_INSTANT |
| 3/13/2025 | TOG CDA | CHECK PAID | | 10.79 SUBSTITUTE CHECK - Consultant Checks |
| 3/13/2025 | TOG CDA | CHECK PAID | | 2 SUBSTITUTE CHECK - Consultant Checks |
| 3/13/2025 | TOG Tax | ACCOUNT ANALYSIS REFUND | | 36 RETURNED NSF ITEM FEE WAIVE |
| 3/13/2025 | TOG Tax | MISCELLANEOUS FEES | | 36 RETURNED NSF ITEM FEE |
| 3/14/2025 | TOG CDA | CHECK PAID | | 18.99 SUBSTITUTE CHECK - Consultant Checks |
| 3/14/2025 | TOG Operating | ACH DEBIT | | 2912.8 BILL.COM PAYABLES 015SOGMBKVDGVY8 JENNIFER P FRISBIE BILL.COM 015SOGMBKVDGVY8 PAYROLL THIRTY-ONE GIFTS LLC |
| 3/17/2025 | TOG CDA | CHECK PAID | | 15.5 SUBSTITUTE CHECK - Consultant Checks |
| 3/17/2025 | TOG Operating | MISCELLANEOUS FEES | | 1376.86 PRIOR MONTHS SERVICE CHARGES (REFER TO ACCOUNT ANALYSIS STATEMENT) |
| 3/18/2025 | TOG Operating | ACH DEBIT | | 41.7 USPS9600025201 2831236395B256762U4PDIG8UP0LNG2 THIRTYONE GIFTS MCMAHA |
| 3/19/2025 | TOG CDA | CHECK PAID | | 112.63 SUBSTITUTE CHECK - Consultant Checks |
| 3/19/2025 | TOG Operating | ACH DEBIT | | 458.1 BILL.COM PAYABLES 015GNPMOCVDNTHW GIOCONDA DAVIS BILL.COM 015GNPMOCVDNTHW W/E 3/17/25 THIRTY-ONE GIFTS LLC |
| 3/20/2025 | TOG CDA | CHECK PAID | | 13 SUBSTITUTE CHECK - Consultant Checks |
| 3/20/2025 | TOG Operating | ACH DEBIT | | 5000 BILL.COM PAYABLES 015REFOSRWDQVMB Holmes Murphy & Associates LLC BILL.COM PAYABLES 015REFOSRWDQVMB THIRTY-ONE GIFTS LLC |
| 3/20/2025 | TOG Operating | ACH DEBIT | | 43754.3 BILL.COM PAYABLES 015REFOSRWDQVMB Wipfli BILL.COM PAYABLES 015REFOSRWDQVMB THIRTY-ONE GIFTS LLC |
| 3/20/2025 | TOG Operating | ACH DEBIT | | 117 BRAINTREE FUNDING 3TPY5P THIRTYONEGIFTS_INSTANT |
| 3/21/2025 | TOG CDA | CHECK PAID | | 25.99 SUBSTITUTE CHECK - Consultant Checks |
| 3/21/2025 | TOG Operating | ACH DEBIT | | 273 BRAINTREE FUNDING 6X6IK2T THIRTYONEGIFTS_INSTANT |
| 3/24/2025 | TOG CDA | CHECK PAID | | 40.8 SUBSTITUTE CHECK - Consultant Checks |
| 3/24/2025 | TOG CDA | CHECK PAID | | 27.8 SUBSTITUTE CHECK - Consultant Checks |
| 3/24/2025 | TOG CDA | CHECK PAID | | 25.39 SUBSTITUTE CHECK - Consultant Checks |
| 3/26/2025 | TOG Operating | ACH DEBIT | | 423.1 BILL.COM PAYABLES 015QYUGKOBDYVKM GIOCONDA DAVIS BILL.COM 015QYUGKOBDYVKM INV 2040 THIRTY-ONE GIFTS LLC |
| 3/26/2025 | TOG CDA | CHECK PAID | | 1919.77 SUBSTITUTE CHECK - Consultant Checks |
| 3/27/2025 | TOG Operating | ACH DEBIT | | 3938.36 BILL.COM PAYABLES 015WAXJUNEE10MS FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY BILL.COM 015WAXJUNEE10MS ATHIRTY-ONE GIFTS LLC |
| 3/27/2025 | TOG Operating | ACH DEBIT | | 254.56 LEGAL PROCESSINGENTRY 250327870726627 THIRTY ONE GIFTS LLC F |

| Date | Description | Type | Amount | Detail |
|---|---|---|---|---|
| 3/27/2025 | TOG Operating | ACH DEBIT | 75 | LEGAL PROCESSINGFEE 250327E70728627 THIRTY ONE GIFTS LLC F |
| 3/28/2025 | TOG CDA | CHECK PAID | 87.56 | SUBSTITUTE CHECK - Consultant Checks |
| 3/28/2025 | TOG CDA | CHECK PAID | 63.8 | SUBSTITUTE CHECK - Consultant Checks |
| 3/28/2025 | TOG CDA | CHECK PAID | 56 | SUBSTITUTE CHECK - Consultant Checks |
| 3/28/2025 | TOG CDA | CHECK PAID | 22.39 | SUBSTITUTE CHECK - Consultant Checks |
| 3/28/2025 | TOG CDA | CHECK PAID | 22.38 | SUBSTITUTE CHECK - Consultant Checks |
| 3/28/2025 | TOG CDA | CHECK PAID | 17.9 | SUBSTITUTE CHECK - Consultant Checks |
| 3/28/2025 | TOG CDA | CHECK PAID | 7 | SUBSTITUTE CHECK - Consultant Checks |
| 3/28/2025 | TOG Operating | ACH DEBIT | 2912.81 | BILL.COM PAYABLES 015FTRFFJGE3ATW JENNIFER P FRISBIE BILL.COM 015FTRFFJGE3ATW JENNIFER F PAYROLL THIRTY-ONE GIFTS LLC |
| 3/28/2025 | TOG Operating | ACH DEBIT | 47.44 | BRAINTREE FUNDING FVTFSD THIRTYONEGIFTS_INSTANT |
| 3/31/2025 | TOG CDA | CHECK PAID | 15.19 | SUBSTITUTE CHECK - Consultant Checks |
| 4/1/2025 | TOG CDA | CHECK PAID | 18.19 | SUBSTITUTE CHECK - Consultant Checks |
| 4/1/2025 | TOG CDA | CHECK PAID | 0.79 | SUBSTITUTE CHECK - Consultant Checks |
| 4/1/2025 | TOG Operating | ACH DEBIT | 423.1 | BILL.COM PAYABLES 015RCWLAYGE83OX GIOCONDA DAVIS BILL.COM 015RCWLAYGE83OX WEEK ENDING 03.30.25 THIRTY-ONE GIFTS LLC |
| 4/1/2025 | TOG Operating | ACH DEBIT | 139.18 | BRAINTREE FUNDING 8KJC68 THIRTYONEGIFTS_INSTANT |
| 4/2/2025 | TOG Operating | ACH DEBIT | 695.45 | TSYS FEES SEP 250401848700516S9604 THIRTY ONE GIFTS |
| 4/3/2025 | TOG Operating | ACH DEBIT | 5550.96 | BILL.COM PAYABLES 015BICIAFOEDJEA WIPFLI LLP BILL.COM 015BICIAFOEDJEA INV 2685074 THIRTY-ONE GIFTS LLC |
| 4/4/2025 | TOG Operating | ACH DEBIT | 45 | BRAINTREE FUNDING 4STSKP THIRTYONEGIFTS_INSTANT |
| 4/8/2025 | TOG Operating | ACH DEBIT | 1851.16 | BILL.COM LLC BILLING 02B4TWZATIZQETX BILL.COM 02B4TWZATIZQETX STMT 25048720284 THIRTY-ONE GIFTS LLC THIRTY-ONE GIFTS LLC |
| 4/10/2025 | TOG CDA | CHECK PAID | 24.75 | SUBSTITUTE CHECK - Consultant Checks |
| 4/10/2025 | TOG Operating | ACH DEBIT | 2912.81 | BILL.COM PAYABLES 015JBUDPYZG2VVT Jennifer P Frisbie BILL.COM PAYABLES 015JBUDPYZG2VVT THIRTY-ONE GIFTS LLC |
| 4/10/2025 | TOG Operating | ACH DEBIT | 423.1 | BILL.COM PAYABLES 015JBUDPYZG2VVT Gioconda Davis BILL.COM PAYABLES 015JBUDPYZG2VVT THIRTY-ONE GIFTS LLC |
| 4/14/2025 | TOG CDA | CHECK PAID | 28 | SUBSTITUTE CHECK - Consultant Checks |
| 4/14/2025 | TOG CDA | CHECK PAID | 14.4 | SUBSTITUTE CHECK - Consultant Checks |
| 4/14/2025 | TOG Payroll | ACH DEBIT | 4774.57 | ULTIMATE SOFTWARPAYMENTS 2504148335JDNX54858PP THIRTY-ONE GIFTS LLC |
| 4/15/2025 | TOG Operating | MISCELLANEOUS FEES | 1294.54 | PRIOR MONTHS SERVICE CHARGES (REFER TO ACCOUNT ANALYSIS STATEMENT) |
| 4/17/2025 | TOG CDA | CHECK PAID | 240.42 | SUBSTITUTE CHECK - Consultant Checks |
| 4/17/2025 | TOG CDA | CHECK PAID | 50.98 | SUBSTITUTE CHECK - Consultant Checks |
| 4/22/2025 | TOG CDA | CHECK PAID | 129.93 | SUBSTITUTE CHECK - Consultant Checks |
| 4/22/2025 | TOG CDA | CHECK PAID | 16 | SUBSTITUTE CHECK - Consultant Checks |
| 4/22/2025 | TOG CDA | CHECK PAID | 13.59 | SUBSTITUTE CHECK - Consultant Checks |
| 4/22/2025 | TOG Operating | ACH DEBIT | 423.1 | BILL.COM PAYABLES 015MPLDYAFGJZDU GIOCONDA DAVIS BILL.COM 015MPLDYAFGJZDU W/E 4/14/25 THIRTY-ONE GIFTS LLC |
| 4/24/2025 | TOG CDA | CHECK PAID | 84.74 | SUBSTITUTE CHECK - Consultant Checks |
| 4/24/2025 | TOG Operating | ACH DEBIT | 2912.81 | BILL.COM PAYABLES 015EFBKNNZGP26M Jennifer P Frisbie BILL.COM PAYABLES 015EFBKNNZGP26M THIRTY-ONE GIFTS LLC |
| 4/24/2025 | TOG Operating | ACH DEBIT | 28352.14 | BILL.COM PAYABLES 015EFBKNNZGP26M Wipfli Llp BILL.COM PAYABLES 015EFBKNNZGP26M THIRTY-ONE GIFTS LLC |
| 4/24/2025 | TOG Operating | ACH DEBIT | 0.74 | BILL.COM ACCTVERIFY 01SGHDGFHGN7QX THIRTY-ONE GIFTS LLC |
| 4/28/2025 | TOG CDA | CHECK PAID | 11.59 | SUBSTITUTE CHECK - Consultant Checks |
| 4/29/2025 | TOG Operating | ACH DEBIT | 41666.67 | BILL.COM PAYABLES 015Q8WOSECGUA04 CINDY MONROE BILL.COM 015Q8WOSECGUA04 INV Q1 PAY THIRTY-ONE GIFTS LLC |
| 4/29/2025 | TOG Operating | ACH DEBIT | 409.52 | BILL.COM PAYABLES 015PTQTNDMGV629 MEGAN ARCHIBALD BILL.COM 015PTQTNDMGV629 TOG PAYMENT THIRTY-ONE GIFTS LLC |
| 4/30/2025 | TOG CDA | CHECK PAID | 89.25 | SUBSTITUTE CHECK - Consultant Checks |
| 4/30/2025 | TOG Operating | ACH DEBIT | 25610.66 | BILL.COM PAYABLES 015RUUUVUGWO01 WIPFLI LLP BILL.COM 015RUUUVUGWO01 INV 1741718367778 THIRTY-ONE GIFTS LLC |
| 4/30/2025 | TOG Operating | ACH DEBIT | 886.2 | BILL.COM PAYABLES 015MNFZRXYGX9A8 GIOCONDA DAVIS BILL.COM 015MNFZRXYGX9A8 MULTIPLE INVOICES THIRTY-ONE GIFTS LLC |
| 4/30/2025 | TOG Operating | ACH DEBIT | 40 | BRAINTREE FUNDING 8YXH6J THIRTYONEGIFTS_INSTANT |
| 5/2/2025 | TOG Operating | ACH DEBIT | 196.45 | TSYS FEES SEP 250501848700516S9604 THIRTY ONE GIFTS |
| 5/6/2025 | TOG CDA | CHECK PAID | 8.78 | SUBSTITUTE CHECK - Consultant Checks |
| 5/6/2025 | TOG Operating | ACH DEBIT | 573.86 | BRAINTREE FUNDING GRS7KP THIRTYONEGIFTS_INSTANT |
| 5/6/2025 | TOG Operating | ACH DEBIT | 5 | BRAINTREE FUNDING 6XS3HD THIRTYONEGIFTS_INSTANT |
| 5/8/2025 | TOG Operating | ACH DEBIT | 1869.8 | BILL.COM LLC BILLING 02B4YVFTCURRLBF BILL.COM 02B4YVFTCURRLBF STMT 25059615216 THIRTY-ONE GIFTS LLC THIRTY-ONE GIFTS LLC |
| 5/13/2025 | TOG Operating | ACH DEBIT | 2912.81 | BILL.COM PAYABLES 015ACFNIIMHJ1UA JENNIFER P FRISBIE BILL.COM 015ACFNIIMHJ1UA PAYROLL THIRTY-ONE GIFTS LLC |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Ohio

In re **Thirty-One Gifts, LLC** _____  Case No. _____
                                            Debtor(s)       Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

          For legal services, I have agreed to accept _____ $       **10,000.00**

          Prior to the filing of this statement I have received _____ $       **10,000.00**

          Balance Due _____ $       **0.00**

2.   $ **388** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ☑ Debtor    ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

    5/15/2025 _____    /s/ Marc B. Merklin
     *Date*                             **Marc B. Merklin 0018195**
                                    *Signature of Attorney*
                                    **Roetzel and Andress, LPA**
                                    **222 S Main St**
                                    **Akron, OH 44308**
                                    **3303762700  Fax: 3303764577**
                                    **mmerklin@ralaw.com**
                                    *Name of law firm*

**United States Bankruptcy Court**
**Northern District of Ohio**

In re __Thirty-One Gifts, LLC__         Case No. _____

                                  Debtor(s)      Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __May 15, 2025_____      __/s/ Cynthia Monroe_____

                                                    **Cynthia Monroe**/CEO
                                                    Signer/Title

Hawaii Department of Taxation
Director of Taxation
830 Punchbowl Street Room 221
Honolulu, HI 96813-5094


Alabama Department of Revenue
PO Box 327469
Montgomery, AL 36132-7469


Alaska Department of Revenue
PO Box 110400
Juneau, AK 99811-0400


Alena Pitts
500 Tywater Crossing Boulevard
Franklin, TN 37064


Amann USA
14803 Grant St. 140
Thornton, CO 80023


American Food & Vending
124 Metropolitan Park Drive
Liverpool, NY 13088


Apple Financial Services Powered by
Dell
111 Old Eagle School Rd.
Wayne, PA 19087


APPLE FINANCIAL SERVICES POWERED BY DE L
1111 Old Eagle School Rd
Wayne, PA 19087


aqua science inc.
1877 East 17th Avenue
Columbus, OH 43219


Aquario Design
10275 West Higgins Road Suite 250
Des Plaines, IL 60018


ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123 MD 7611
Phoenix, AZ 85005

Arizona Department of Revenue
1600 W Monroe Street
Phoenix, AZ 85007


Arkansas Dept of Revenue
206 Southwest Drive Ste B
Jonesboro, AR 72401


Atrium Buying Corporation
188 Commerce BLVD
Johnstown, OH 43031


Authentic Innovations
PO BOX 418
Boca Grande, FL 33921


Avalara
Dept. CH 16781
Palatine, IL 60055


Bazaarvoice Inc.
10901 Stonelake Blvd
Austin, TX 78759


BDO
PO Box 642743
Pittsburgh, PA 15264


best courier inc.
Po Box 30251
Columbus, OH 43230


Blank Canvas
210 W. Vaughn Street
Tempe, AZ 85283


bp Energy Retail Company LLC
201 Helios Way
Houston, TX 77079


BrainTree
2211 N1st Street
San Jose, CA 95131

Bridgette Mercer
1471 Hammond Road
Reynoldsburg, OH 43068


Bridgework Partners
15110 Dallas Pkwy
Suite 350
Dallas, TX 75248


Buy box experts
2125 Transformation Drive
Lincoln, NE 68508


CA  NTAS
PO Box 631025
Cincinnati, OH


California Dept of Tax and Fee Admi
PO Box 942840
Sacramento, CA 94240-0001


CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
Sacramento, CA 95812


Canada Revenue Agency
Province of Manitoba
Rm 110A, 401 York Avenue
Winnipeg MB R3C OP8
CANADA


CBSA Canada Customs
ATTN AR Management Unit
333 North River Road, Place Vanier
Tower A
Ottawa, CA K1A0L8


CDW
PO Box 202289
Dallas, TX 75320


certified fire protection inc.
820791 North Richland
North Richland Hills, TX 76182

Cintas
PO Box 631025
Cincinnati, OH 45263


Clarus Partners Advisors LLC
1233 Dublin Road
Columbus, OH 43215


Clarus- FUNDING ACCOUNT ONLY
1233 Dublin Road
Columbus, OH 43215


CLEARSTEAD ADVISORS LLC
1100 SUPERIOR AVENUE
SUITE 700
CLEVELAND, OH 44114


CNA Insurance
PO BOX 74007619
Chicago, IL 60674


Colorado Department of Revenue
PO Box 17087
Denver, CO 80217-0087


Colordynamics Inc.
200 East Bethany Drive
Allen, TX 75002


ComDoc
P.O. Box 936697
Atlanta, GA 31193


Comptroller General of the USA
U.S. Government Accountability Ofc
441 G Street NW
Washington, DC 20548


Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21401


Connecticut Department of Revenue
450 Columbus Blvd Suite 1
Hartford, CT 06103

Converge Technology Solutions
PO BOX 23623
New York, NY 10087


Copper Mobile Inc
4100 Spring Valley Rd, Ste 525
Dallas, TX 75244


Corsearch Inc
6060 North Central Expressway
ste 344
Dallas, TX 75206


CoServ
PO Box 734803
Dallas, TX 75373


Cox Cleaning Llc
2653 Sagebrush Ste 220
Flower Mound, TX 75028


Croley, Martell & Associates Ltd.
2000 Auburn Drive
Cleveland, OH 44122


Crown Credit Company
P.O. Box 640352
Cincinnati, OH 45264


Crown Lift Trucks
PO Box 641173
Cincinnati, OH 45264


Cybra Corporation
28 Wells Avenue Building 3
Yonkers, NY 10701


Cynthia Monroe
951 Garden Ridge Blvd.
Flower Mound, TX 75028


Daily Services Llc
1110 Morse Rd
Columbus, OH 43229

Datavail
11800 Ridge Parkway
Suite 125
Broomfield, CO 80021


Delaware Department of Revenue
Bankruptcy Administrator
Carvel State Office Bldg 8th FL
820 N French Street
Wilmington, DE 19801


Dell Financial Service
1 Dell Way
Round Rock, TX 78682


Deloitte Global LLP
41St Floor
New York City, NY 10112


Deloitte Tax LLP
4022 Sells Drive
Hermitage, TN 37076


Disney Destinations, LLC
PO BOX 733100
Dallas, TX 75373


Diveteam Llc
251 Tweed Ct
Sugar Hill, GA 30518


eClerx
286 Madison Avenue, 14th Floor
New York, NY 10017


Eclipse Creative Services, Inc.
825 Taylor Rd
Gahanna, OH 43230


Elite Material Handling
900 Port America Place
Grapevine, TX 76051

Expedient/Continental Broadband
1 Allegheny Square, Suite 600
Pittsburgh, PA 15212


Fedex Corporate Services
J.P. Morgan Chase, NA
525 West Monroe 6th Floor, Suite 0239
Chicago, IL 60661


Fern Exposition Services LLC
645 Linn St
Cincinnati, OH 45203


Fidelity Investments Institutional Opera
245 Summer St.
Boston, MA 02109


Fifth Third Technology Finance
6111 N. River Road 5Th Floor
Des Plaines, IL 60018


Five9 Inc.
3001 Bishop Drive
Suite 350
San Ramon, CA 94583


Florida Department of Revenue
3750 NW 87th Avenue Ste 300
Miami, FL 33178


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Fortra Llc
11095 Viking Drive, Suite 100
Eden Prairie, MN 55344


Fredrikson Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480


Frevel
3785 NW 82 Avenue, Suite 314
Doral, FL 33166

Frontier Supply Chain Solutions
ATTN Ben Mathis
1450 W. Thorndale Ave.
Itasca, IL 60143


Gather No Moss Ltd
Wise US Inc.
30 W 26th Street
new york, NY 10010


Georgetown Way 1, LLC
4016 Townsfair Way
Suite 201
Columbus, OH 43219


Georgia Department of Revenue
1800 Century Blvd NE
Atlanta, GA 30345


Global Lt Inc.
755 W. Big Beaver Road, Suite 700
Troy, MI 48084


Goto Communications Inc.
333 Summer Street
Boston, MA 02210


Grainger
Dept 877211094
Palatine, IL 60038


Grant Thornton LLP
33562 Treasury Center
Chicago, IL 60694


Greater Columbus Convention Center
400 N
44400 Ni 400400 n400
Columbus, OH 43215


Green Mountain Technology Llc
PO BOX 171264
Memphis, TN 38187

Guardian
P.O. Box 677458
Dallas, TX 75267


Guardian - Alternate Funded
10 Hudson Yards
New York, NY 10001


Hawaii Department of Taxation
75 Aupuni Street Ste 101
Hilo, HI 96720-4245


Hirsch Solutions Inc
490 Wheeler Rd
Suite 285
Hauppauge, NY 11788


Holmes Murphy & Associates LLC
2727 Grand Prairie Parkway
Waukee, IA 50263


Hopkins Printing
2246 Citygate Drive
Columbus, OH 43219


Hyatt Regency Columbus
350 N High St
Columbus, OH 43215


Idaho State Tax Commission
11321 W Chinden Blvd
Garden City, ID 83714


Illinois Department of Revenue ``
101 W Jefferson Street
Springfield, IL 62702


Indiana Department of Revenue
100 N Senate Avenue
Indianapolis, IN 46204


Ingersoll Rand
525 Harbour Place Drive, Suite 600
Davidson, NC 28036

IntegraTax, Inc.
4055 International Plaza
Suite 130
Fort Worth, TX 76109


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Insolvency Group 6
1240 East Ninth Street, Room 493
Cleveland, OH 44199-9941


IntraEdge, Inc
5660 West Chandler Blvd
chandler, AZ 85226


Iowa Department of Revenue
1305 E Walnut Street Fourth FL 0107
Des Moines, IA 50319


ITsavvy LLC
2015 Spring Road
Oak Brook, IL 60523


J.B. Hunt Transport Inc
P.O. Box 98545
Chicago, IL 60693


Julie Sutton
13700 Unita Rd
Friendsville, TN 37737


Kanbrick LLC
4017 Hillsbororo Pike, Suite 402
Nashville, TN 37215


Kansas Department of Revenue
120 SE 10th Avenue
Topeka, KS 66612


Kentucky Department of Revenue
501 High Street
Frankfort, KY 40601

Kronos Saashr Inc.
Po Box 744724
Atlanta, GA 30374


Lauren Kinney , LLC
7932 Branch Hollow Trail
Fort Worth, TX 76123


Level 3 Communications
PO Box 91082
Denver, CO 80291


Lgc Plumbing Inc
2612 National Circle, Suite 100
Garland, TX 75041


Louisiana Department of Revenue
617 N 3rd Street
Baton Rouge, LA 70802


Maine Department of Revenue
51 Commerce Drive
Augusta, ME 04330


Manhattan Associates Inc.
2300 Windy Ridge Parkway
Atlanta, GA 30339


Market Sphere Consulting, LLC
951 Garden Ridge Parkway
14301 First National Bank Parkway Suite
Omaha, NE 68154


Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
PO Box 7090
Boston, MA 02204


MHC Truck Leasing
4646 Irving Blvd
Dallas, TX 75247

Michelle Harris
5233 Highpointe Lakes Drive
Unit 303
Westerville, OH 43081


Michigan Department of Treasury
Tax Policy Division
Attn: Litigation Liaison
430 W Allegan St 2nd FL Austin Bldg
Lansing, MI 48922


Michigan Department of Treasury
PO Box 30756
Lansing, MI 48909


Microsoft
One Microsoft Way
Redmond, WA 98052


MicroStrategy Services Corporation
1850 Towers Crescent Plaza
Tysons, VA 22182


Millar Kreklewetz LLP
24 Duncan street
Toronto Ontario, TX 75028


Mills James
3545 Fishinger Blvd
Hilliard, OH 43026


Minnesota Department of Revenue
600 Robert Street N
Saint Paul, MN 55101


Mississippi Department of Revenue
500 Clinton Center Drive
Clinton, MS 39056


Missouri Department of Revenue
301 W High Street
Jefferson City, MO 65101

Montana Department of Revenue
125 N. Roberts Street
Helena, MT 59601


Mosaic Consulting Group, LLC
2503 Eugenia Ave
Nashville, TN 37211


Motive Energy of Dallas
1724 Trinity Valley Dr
Carrollton, TX 75006


n.j. malin associates llc
P.O. Box 843860
Dallas, TX


Nahan Printing
7000 Saukview Drive
Saint Cloud, MN 56303


Nebraska Department of Revenue
301 Centennial Malls S
Lincoln, NE 68508


Nevada Department of Taxation
3850 Arrowhead Drive
Carson City, NV 89706


New Hampshire Department of Revenue
109 Pleasant Street
Concord, NH 03301


New Mexico Taxation & Revenue Dept.
PO Box 630
Tucson, AZ 85704-0630


NEW YORK ATTORNEY GENERAL
LETITIA JAMES DEPT OF LAW
THE CAPITOL 2ND FL
Albany, NY 12224-0341


New York Dept of Taxation and Finan
Harriman Campus Rd
Albany, NY 12227

NJ Division of Taxation
3 John Fitch Way 5th FL
PO Box 245
Trenton, NJ 08695-0245


North Carolina Department of Revenu
PO Box 25000
Raleigh, NC 27640-0640


North Dakota Department of Revenue
600 E. Boulevard Avenue. Dept 127
Bismarck, ND 58505-0599


NYS Dept. of Tax & Finance Bankrupt
PO Box 5300
Albany, NY 12205-0300


Ohio Attorney General
Collections Enforcement Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215


Ohio Bureau of Workers Compensation
ATTN Law Section Bankruptcy Unit
PO BOX 15567
Columbus, OH 43215-0567


Ohio Bureau of Workers Compensation
ATTN: Law Section Bankruptcy Unit
30 W. Spring Street
Columbus, OH 43215


Ohio Department of Taxation
ATTN Bankruptcy Division
PO BOX 530
Columbus, OH 43216-0530


Oklahoma Tax Commission
2501 N. Lincoln Blvd.
Oklahoma City, OK 73194


Optimizely
631 Howard Street
Suite 100
San Francisco, CA 94105

Oregon Department of Revenue
955 Center Street NE
Salem, OR 97301-2555


Outpost24 Inc.
50 S Main St
Suite 200
Naperville, IL 60540


PA DEPARTMENT OF REVENUE
PO BOX 280905
Harrisburg, PA 17128-0905


PasswordPing Ltd dba Enzoic
P.O. Box 20896
Boulder, CO 80308


Percona LLC
Post Office 1126
Durham, NC 27702


Pitney Bowes Inc
Po Box 981039
Boston, MA 02298


Porter Wright Morris & Arthur LLP
Porter Wright Morris and Arthur LLP
41 South High Street Ste. 2800-3200
Columbus, OH 43215


Pratt Corrugated Holdings Inc.
4004 Summit Blvd. NE, Suite 1000
Atlanta, GA 30319


Presidio Networked Solutions Group Llc
Po Box 677638
Dallas, TX 75267


Princess House
951 Garden Ridge Blvd
Flower Mound, TX 75028

Purolator Inc.
2727 Meadowpine Blvd.
Mississauga, ONT
CANADA l5N 0E1


Purple Care
12121 Eagle Mountain Dam Rd
Fort Worth, TX 76135


Quest Software Inc.
PO Box 731381
Dallas, TX


Red Gate Software Limited
P Street
Boston, MA 02127


Republic Services#615
PO BOX 78829
Phoenix, AZ 85062


Revel Interactive, LLC.
270 Ash st.
n/a
denver, CO 80220


Revel IT
4900 Blazer Parkway,
Dublin,, OH 43017


Rhode Island Division of Taxation
1 Capitol Hill
Providence, RI 02908


Ricoh Usa Inc
P.O. Box 802815
Chicago, IL 60680


Royal Document Destruction
L-3228
Columbus, OH 43260


Rune Model Management
1033 Demonbreun St Suite 300
Nashville, TN 37203

Sailthru Inc.
11 Lea Ave
United States
Nashville, TN 37210


Salesforce Inc.
PO BOX 203141
Dallas, TX 75320


Sandler Travis Rosenberg P.A.
5835 Waterford District Drive
Suite 200
Miami, FL 33126


Securitas Technology Corporation
Dept. CH 10651
Palatine, IL 60055


SendGrid
1801 California Street, Suite 500
Denver, CO 80202


service express
3854 Broadmoor Ave SE
Grand Rapids, MI 49512


SHI International Corp
290 Davidson Ave
PO Box 952121
Somerset, NJ 08873


SHI International Corp - Lease Direct
1111 Old Eagle School Road
Wayne, PA 19087


Sirius Computer Solutions Llc
10100 Reunion Place Suite 500
San Antonio, TX 78216


Skybox Packaging, LLC
1275 Pollock PKWY
Mansfield, OH 44905

Smart City Networks, L.P.
5795 Badura Avenue
Ste. 110
Las Vegas, NV 89118


South Carolina Department of Revenu
PO Box 125
Columbia, SC 29214-0400


South Dakota Department of Revenue
PO Box 7107
Pierre, SD 57501


SOUTHEASTERN FREIGHT LINES
Po Box 1691
Columbia, SC 29202


Spectrum Llc
315 Sw 11Th Avenue Suite 200
Portland, OR 97205


Splunk LLC
250 Brannan Street
San Francisco, CA 94107


STAFF FORCE INC
419 Mason Park Blvd.
Katy, TX 77450


Stanley Convergent Security Solutions In
8350 Sunlight Drive
Fishers, IN 46037


Statnetics Llc
1900 N Bayshore Dr
# 4101
MIAMI, FL 33132


Sterling
One State Street 24th Floor
New York, NY 10004


Str8Tech LLC
293 Arledge drive
Commercial Point, OH 43116

Technology Finance
PO Box 843840
Dallas, TX 75284


Tennessee Department of Revenue
c/o Tennessee Attorney General's Of
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207


Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242


Texas Comptroller of Public Account
Revenue Accounting Division-
Bankruptcy Section
PO BOX 13528 Capitol Station
Austin, TX 78710-3528


Texas Workforce Commission
Attn: BK Unit
101 East 15th Street Rm 556
Austin, TX 78778-0001


Theatrical Payroll Service of Central Oh
566 E. Rich Street
Columbus, OH 43215


Time Warner Cable
BOX 223085
Pittsburgh, PA 15251


Total Quality Logistics
4289 Ivy Pointe Blvd
Cincinnati, OH 45245


Two Way Direct
3262 Grey Hawk Court
Carlsbad, CA 92010


UKG INC
2000 Ultimate Way
Weston, FL 33326

Uline
Po Box 88741
ATTN: AR
Chicago, IL 60680


UniFirst
P.O. Box 650481
Dallas, TX 75265


United States Attorney
Civil Process Clerk-IRS
801 West Superior Avenue Ste 400
Cleveland, OH 44113-1852


United States Attorney General
U.S. Dept of Justice Tax Division
Civil Trial Section Northern Region
P.O. Box 55, Ben Franklin Station
Washington, DC 20044


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673


Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134


Vargo LLC
5555 Frantz Road
Dublin, OH 43017


Velosio
5747 Perimeter Drive
Dublin, OH 43017


Velvetjobs Llc
7095 Hollywood Boulevard
1521
Los Angeles, CA 90028


Veritiv Corporation
1000 Abernathy Road NE
Atlanta, GA 30328

Veritiv Operating Company
1000 Abernathy Road NE
Atlanta, GA 30328


Vermont Department of Taxation
133 State Street 1st FL
Montpelier, VT 05633-1401


Vimeo.Com Inc.
330 West 34th Street
New York, NY 10001


Virginia Department of Taxation
PO Box 1115
Richmond, VA 23218-1115


Vital Records Control
PO BOX 415000
MSC 7589 VRC Midwest- Ops Account
Nashville, TN 37241


VivaColor
6473 Proprietors Road
Columbus, OH 43085


Washington DC Office of Tax and Rev
1101 4th Street SW Ste 270
Washington, DC 20024


Washington State Department of Reve
2101 4th Avenue Ste 1400
Seattle, WA 98121


We Source II, LLC DBA Responsive Staffin
400 W Virginia St Ste 100
Mckinney, TX 75069


West Virginia Tax Division
1001 Lee Street E
Charleston, WV 25301


Whiplash
6000 Windward Parkway
Alpharetta, GA 30005

```
Wipfli Llp
Po Box 3160
Milwaukee, WI 53201


Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713


Workvivo Limited
Exham House
The Fingerpost
Douglas
Cork


Wyoming Department of Revenue
122 W 25th Street
Cheyenne, WY 82002-0200
```

OHNB Form 1007a1

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No.: _____ |
| | ) | |
| **Thirty-One Gifts, LLC** | ) | Chapter   **7** _____ |
| Debtor(s) | | |

### CORPORATE OWNERSHIP STATEMENT UNDER BR 1007(a)(1)
### DEBTOR FILING VOLUNTARY BANKRUPTCY CASE

Pursuant to Bankruptcy Rule 1007(a)(1),   **Thirty-One Gifts, LLC**  , a corporate debtor in this case (the "Debtor"), makes the following disclosure(s):

      All corporations, other than governmental units, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests, are listed below (additional disclosures are listed on attached additional pages, if necessary):

**TOG HOLDCO, LLC**

Or ☐ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interest.

| | |
|---|---|
| **May 15, 2025** | By:  **/s/ Marc B. Merklin** |
| Date | Printed Name:   **Marc B. Merklin 0018195** |
| | Its:   **Roetzel and Andress, LPA** |
| |      **222 S Main St** |
| |      **Akron, OH 44308** |
| |      **3303762700** |
| |      **mmerklin@ralaw.com** |