UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: | CASE NO. 25-50841 |
|---|---|
| Thirty-One Gifts, LLC | CHAPTER 7 |
| Debtor(s). | JUDGE ALAN M. KOSCHIK |

## NOTICE OF §341 MEETING OF CREDITORS

Please take notice that the §341 Meeting of Creditors (Docket No. 6), originally scheduled for JUNE 24, 2025, at 9:00 AM will be held on **JUNE 24, 2025, at the later time of 3:00 PM**.

The §341 Meeting of Creditors will be held by Zoom video meeting. Go to Zoom.us/join, Click on JOIN or call: 1−234−270−4432., Enter Meeting ID: 773 742 1610, and Passcode: 2533206623 (For additional meeting information, go to https://www.justice.gov/ust/moc).

Respectfully submitted,

/s/Lisa M. Barbacci, Trustee
Lisa M. Barbacci, Trustee (0039392)
600 E Smith Rd.
Medina, OH 44256
330-722-4488
barbaccitrustee@gmail.com

CHAPTER 7 TRUSTEE

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was transmitted electronically on or about, June 20, 2025, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Lisa M. Barbacci — barbaccitrustee@gmail.com, lbarbacci@ecf.axosfs.com; trustee@barbaccilaw.com
- Stephen Ray Butler — agbankohio@ag.tn.gov
- Marc Merklin — mmerklin@ralaw.com, dignasiak@ralaw.com
- Elliot Michael Smith — ESmith@beneschlaw.com, Docket2@beneschlaw.com
- United States Trustee — (Registered address)@usdoj.gov
- Joshua Ryan Vaughan — jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM; HouliECF@aol.com
- Jeanna M. Weaver — JWeaver@plunkettcooney.com, amyerscough@plunkettcooney.com

And by regular U.S. Mail or by e-mail, as requested, on June 20, 2025, to the following parties:

Advantage Collection Professionals
Kurt Huizinga at khuizinga@zingmn.com
Mark Zwach at mzwach@advantagecollections.com

Gibson & Moran Law Offices
Attn: Michael J. Moran, Esq.
234 Portage Trail
PO Box 535
Cuyahoga Falls, OH 44221
mike@gibsonmoran.com

/s/Lisa M. Barbacci, Trustee
Lisa M. Barbacci, Trustee, Trustee