In re:  Case No. 25-50841-amk
Thirty-One Gifts, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-5      User: klee      Page 1 of 2
Date Rcvd: Sep 10, 2025      Form ID: pdf730      Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Thirty-One Gifts, LLC, 951 Garden Ridge, Flower Mound, TX 75028-4063 |
| aty | + | Gibson & Moran Law Offices, Attn: Michael J. Moran, Esq., 234 Portage Trail, PO Box 535, Cuyahoga Falls, OH 44222-0535 |
| cr | + | ASM Global Columbus LLC on behalf the Greater Colu, Plunkett Cooney, 716 Mt. Airyshire Blvd, Ste 150, Columbus, OH 43235-1300 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Sep 10 2025 20:57:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Sep 10 2025 20:55:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Purolator, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elliot Michael Smith | on behalf of Creditor Purolator Inc. ESmith@beneschlaw.com, Docket2@beneschlaw.com |
| Jeanna M. Weaver | on behalf of Creditor ASM Global Columbus LLC on behalf the Greater Columbus Convention Center JWeaver@plunkettcooney.com amyerscough@plunkettcooney.com |
| Joshua Ryan Vaughan | on behalf of Creditor Ohio Department of Taxation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com |
| Lisa M. Barbacci, Trustee - Canton | barbaccitrustee@gmail.com lbarbacci@ecf.axosfs.com;trustee@barbaccilaw.com |
| Lisa M. Barbacci, Trustee - Canton | on behalf of Trustee Lisa M. Barbacci Trustee - Canton barbaccitrustee@gmail.com, lbarbacci@ecf.axosfs.com;trustee@barbaccilaw.com |
| Marc Merklin | on behalf of Debtor Thirty-One Gifts LLC mmerklin@ralaw.com, dignasiak@ralaw.com |
| Stephen Ray Butler | on behalf of Creditor TN Dept of Revenue agbankohio@ag.tn.gov |

TOTAL: 7

**This document was signed electronically on September 9, 2025, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: September 9, 2025**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-50841 |
| Thirty-One Gifts, LLC | CHAPTER 7 |
| Debtor(s). | JUDGE ALAN M. KOSCHIK |

**ORDER AUTHORIZING EMPLOYMENT OF BEDERSON LLP**
**AS TRUSTEE'S ACCOUNTANT**

Upon the Application of Lisa M. Barbacci, Trustee ("Trustee") for the authority to employ Bederson LLP as her Accountant herein, and upon the Declaration of Charles N. Persing, CPA, (Docket No. 16 ) and it appearing that Charles N. Persing, CPA, and Bederson LLP are duly licensed Accountants in the State of Ohio, and the Court being satisfied that for the purpose for which they are to be employed they do not hold or represent any interest adverse to the estate or the Trustee and are disinterested persons within the intent of 11 U.S.C. §101(14), that they are not related to the Bankruptcy Judge or the U.S. Trustee approving the employment and that their employment is necessary and in the best interests of the estate.

IT IS THEREFORE ORDERED that, pursuant to 11 U.S.C. §327(a), the Trustee is authorized to employ Bederson LLP as Accountant for the purposes set forth in the Application.

IT IS THEREFORE ORDERED that Bederson LLP shall file applications and be compensated in accordance with 11 U.S.C. §§330 and 331, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court. The Court shall have final approval of any and all fees and expenses paid under this employment. This Order is entered subject to the provisions of 11 U.S.C. §§328 and 330 and FRBP 2016(a).

IT IS SO ORDERED.

# # #

Prepared By:

    Lisa M. Barbacci (0039392)
    600 E Smith Rd.
    Medina, OH 44256
    (330)722-4488
    barbaccitrustee@gmail.com
    Chapter 7 Trustee

Clerk please serve the following parties:
By Electronic Service:

| | |
|---|---|
| Lisa M. Barbacci | barbaccitrustee@gmail.com, lbarbacci@ecf.axosfs.com; trustee@barbaccilaw.com |
| Stephen Ray Butler | agbankohio@ag.tn.gov |
| Marc Merklin | mmerklin@ralaw.com, dignasiak@ralaw.com |
| Elliot Michael Smith | ESmith@beneschlaw.com, Docket2@beneschlaw.com |
| United States Trustee | (Registered address)@usdoj.gov |
| Joshua Ryan Vaughan | jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM; HouliECF@aol.com |
| Jeanna M. Weaver | JWeaver@plunkettcooney.com, amyerscough@plunkettcooney.com |

And by Mail:

    Charles N. Persing, CPA
    Bederson LLP
    100 Passaic Ave., Ste. 310,
    Fairfield, NJ 07004