UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-50841 |
| Thirty-One Gifts, LLC | CHAPTER 7 |
| Debtor(s). | JUDGE ALAN M. KOSCHIK |

**APPLICATION FOR AUTHORITY TO EMPLOY BEDERSON LLP AS TRUSTEE'S ACCOUNTANT FOR 401(K) PLAN REVIEW AND TERMINATION**

Now comes Lisa M. Barbacci, Chapter 7 Trustee, and hereby makes this Application for Authority to Employ Bederson LLP ("Bederson") as accountant pursuant to 11 U.S.C. §327 for the purpose, reasons, and upon the terms set forth in this Application:

1. The Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code on May 15, 2025, with Lisa M. Barbacci being appointed to serve as the Trustee ("Trustee").

2. The Trustee seeks the Court's authorization to employ Bederson as accountants because of Bederson's knowledge and expertise in providing accounting services to bankruptcy trustees and debtors in support of the Trustee's duties including retirement plan termination services. Bederson's accountants are Certified Fraud Examiners and Certified Insolvency and Restructuring Advisors, with experience in terminating employee benefit plans. More specifically, the Trustee seeks to employ Bederson to assist with the administration and termination of any employee benefit plan including, but not limited to, the Debtor's 401(K) Plan: the Thirty-One Gifts 401(K) Plan ("TOG 401(K) Plan").

3. The Trustee is informed and believes that Bederson has the appropriate skills needed to assist her with the TOG 401(K) Plan Administration and with the Estate Services.

4. Bederson requests a flat fee of $35,000.00 for the review, administration and termination of the TOG 401(K) Plan to be paid from proceeds of and pursuant to the terms of the Thirty-One Gifts 401(K) Plan. No fees or expenses for such services shall be paid from any property of the Estate. Bederson has agreed to perform such services and has agreed to accept as its fee such amounts as are determined by the Court.

5. Finally, by this Application, the Trustee seeks to keep Fidelity Investments ("Fidelity") in place as Plan Asset Custodian, whose fees are already paid from Plan Assets under its contract with the Debtor, and include various recordkeeping and asset management fees based on a percentage of Plan Assets, and a termination fee that cannot yet be determined but should not exceed $5,000. The Trustee believes that Fidelity's fees are standard in the industry, and it would be in Participants' best interests for Fidelity to continue in that role without interruption.

6. The Trustee believes that Fidelity's services are administrative in nature and, as such, the Trustee does not believe that she needs to formally retain Fidelity.

7. The Trustee believes that all assets will be liquidated before the end of 2025, the termination process will be completed in 2025, and there are approximately 200 former employees with remaining balances who are participants in the Plan.

8. The Trustee understands and believes that the proposed fee arrangements related to the foregoing services is on-par with rates and structures charged by similarly situated firms. Moreover, insofar as the foregoing services are to be performed solely as they relate to the Debtor's

401(K) Plan, and because the flat fee payment for such services will be borne by the Plan, the Trustee believes that Bederson, and Fidelity should not be required to file fee and expense applications with this Court for their services related to the Plan, and thus requests that they be excused from doing so (to the extent otherwise required).

9. The TOG 401(K) Plan requires audited financial statements to be attached to its annual Form 5500 tax filings, however due to the bankruptcy various payroll and personnel files needed to complete the audits are not available. **Bederson will work with Fidelity to keep the tax Form 5500 filings up to date, however, in an effort to minimize costs and preserve Participants' funds, no annual audits will be prepared or included with the tax Forms 5500. The Trustee and Bederson agree and believe that not preparing the audits is in the best interests of the Plan's Participants because it reduces the amount of expenses Participants will have to pay, and relevant disclosures will be attached to the tax Forms 5500 outlining the extenuating circumstances surrounding the bankruptcy.**

10. The Trustee believes that the granting of this Application is in the best interest of the creditors and the estate.

11. The Trustee has attempted to determine whether Bederson is a disinterested person within the meaning of 11 U.S.C. §101(14) and Rules 2014 and 2016(a) of the Federal Rules of Bankruptcy Procedure. Attached hereto and incorporated herein is a Declaration in Support of this Application to Employ supporting the Trustee's conclusion that Bederson is a disinterested person within the meaning of the Bankruptcy Code and Rules and does not hold or represent any interest adverse to the interest of the estate or the Trustee.

12. Bederson is aware of the provisions of 11 U.S.C. §328 and has agreed on its own behalf, notwithstanding the terms and conditions of employment set forth herein, that the Court may allow compensation different from the compensation provided herein if such terms and conditions prove to have been improvident in light of developments unanticipated at the time of the fixing of such terms and conditions. Moreover, insofar as the foregoing services are to be performed solely as they relate to the Debtor's Plan, and because the flat fee payment for such services will be borne by the Plan, the Trustee believes that Bederson, and Fidelity should not be required to file fee and expense applications with this Court for their services related to the Plan, and thus requests that they be excused from doing so (to the extent otherwise required).

13. For the foregoing and all other necessary and proper purposes, the Trustee desires to retain Bederson as the Trustee's accountant.

WHEREFORE, the Trustee prays that this Application be granted and that the Trustee be authorized to employ Bederson as accountant to assist with the TOG 401(K) Plan administration and termination on the terms and conditions contained in this Application pursuant to 11 U.S.C. §327 and Fed. R. Bankr. P. 2014 and 2016.

Respectfully submitted,
/s/ Lisa M. Barbacci
Lisa M. Barbacci (0039392)
600 E Smith Rd.
Medina, Ohio 44256
330-722-4488
barbaccitrustee@gmail.com
CHAPTER 7 TRUSTEE

**NOTICE OF APPLICATION**
Lisa M. Barbacci, Trustee, has filed papers with the court to hire a professional.
**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to authorize this application, or if you want the court to consider your views on the Application, then **on or before October 8, 2025,** you or your attorney must:

File with the court a written request for a hearing {*or, if the court requires a written response*, an answer explaining your position} at:

Bankruptcy Clerk of Court
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308-1848

If you mail your request/response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

| | | |
|---|---|---|
| Lisa M. Barbacci | and | Office of the U.S. Trustee |
| Chapter 7 Trustee | | H.M. Metzenbaum Courthouse |
| 600 E Smith Rd. | | 201 Superior Ave. E., Ste. 441 |
| Medina, OH 44256 | | Cleveland, Ohio 44114-1240 |

If you do not respond in writing the Court may grant the relief requested without a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

Date:     September 24, 2025

/s/Lisa M. Barbacci
Lisa M. Barbacci (0039392)

## CERTIFICATE OF SERVICE

I, Lisa M. Barbacci, hereby certify that the foregoing Application for Authority to Employ Accountant was transmitted electronically on or about September 24, 2025, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Lisa M. Barbacci       barbaccitrustee@gmail.com, lbarbacci@ecf.axosfs.com; trustee@barbaccilaw.com
Stephen Ray Butler     agbankohio@ag.tn.gov
Marc Merklin           mmerklin@ralaw.com, dignasiak@ralaw.com
Elliot Michael Smith   ESmith@beneschlaw.com, Docket2@beneschlaw.com
United States Trustee  (Registered address)@usdoj.gov
Joshua Ryan Vaughan    jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM; HouliECF@aol.com
Jeanna M. Weaver       JWeaver@plunkettcooney.com, amyerscough@plunkettcooney.com

And by regular U.S. Mail or by e-mail, as requested, on or about September 24, 2025, to the following parties:

Charles N. Persing, CPA
Bederson LLP
100 Passaic Ave., Ste. 310,
Fairfield, NJ 07004

| | | |
|---|---|---|
| BISSONNETTE, ROBIN<br>620 N SANDUSKY ST<br>MOUNT VERNON, OH 43050 | JACKSON, TODD<br>6473 NORTHLAND RD<br>WORTHINGTON, OH 43085 | PAYNE, STEVEN B<br>1111 LEXINGTON AVE<br>APT 734<br>FLOWER MOUND, TX 75028 |
| NOLL, HELENA C<br>2012 MARLOW CT<br>FLOWER MOUND, TX 75028 | AGBEBO, FELIX<br>4239 UMIAK DRIVE<br>COLUMBUS, OH 43207 | SHAW, KIMBERLY<br>179 SHERWOOD DOWNS RD S<br>NEWARK, OH 43055 |
| PEREZ SANCHEZ, MARIA<br>1111 LEXINGTON AVE<br>APT 734<br>FLOWER MOUND, TX 75028 | BHARATI, ANJU<br>8423 RODEBAUGH RD<br>REYNOLDSBURG, OH 43068 | HAEMMERLE, AMY<br>2626 PLEASANT COLONY DR<br>LEWIS CENTER, OH 43035 |

ABRAHAM, BRIAN
1449 OAKBOURNE DR
COLUMBUS, OH 43235

PONZIO, CHRISTOPHER
5574 WHISPERING RIDGE DR
GALENA, OH 43021

STUART, RYAN K
98 BISHOP SQ
COLUMBUS, OH 43209

MUSE, MICHELLE W
1402 CLARK SPRINGS DR
KELLER, TX 76248

SMITH, ROBERT J
6540 STREAMSIDE DR
GALENA, OH 43021

KHAREL, KAMAL
5546 REDWOOD RD
COLUMBUS, OH 43229

VEGA, FABIAN A
5117 BEDFORDSHIRE DR
FORT WORTH, TX 76135

GOLDEN, MANDRA
12258 ROBERTS ROAD
CROTON, OH 43013

POWELL, TIERRA
2882 HOWEY RD
COLUMBUS, OH 43224

STARR, TOBY A
7408 JUG STREET
ALEXANDRIA, OH 43001

GRIFFIN, TIMOTHY
12145 BENTWOOD FARMS DR
PICKERINGTON, OH 43147

KUZIO, JOHN C
288 LOVEMAN AVE
WORTHINGTON, OH 43085

MATTHEWS, MARK A
603 NEW HAVEN AVE
NEWARK, OH 43055

CHUHAN, JAYA
8570 OLD IVORY WAY
BLACKLICK, OH 43004

VAN WAGONER, RACHEL A
748 S 18TH ST
COLUMBUS, OH 43206

NIKOLIC, PREDRAG P
2546 SCIOTO VIEW LANE
COLUMBUS, OH 43221

STEVENS, PAMELA L
7687 KINGMAN PL
LEWIS CENTER, OH 43035

SOCCORSI, JULIE
PO BOX 273
REEDSVILLE, WV 26547

CRISTINA, BRYAN
7108 CLEAR WATER CT
POWELL, OH 43065

BENHAM, JOHN D
5779 NIKE DR
HILLIARD, OH 43026

TURNER, MATTHEW D
13180 SHIPLEY RD
JOHNSTOWN, OH 43031

VOGT, BRITTANI A
8200 BENSON RD
CARROLL, OH 43112

ZIMMERMAN, CHRISTEN L
130 FRANKFORT SQ
COLUMBUS, OH 43206

BELFORD, MARK D
284 SYCAMORE ST
UTICA, OH 43080

ROBINSON, WHITNEY
2108 BIRCHVIEW RD.
REYNOLDSBURG, OH 43068

HARERIMANA, JOSEPHINE
3365 TRIAL LANE COURT
COLUMBUS, OH 43231

TAGOE, DANIEL N
265 E CORPORATE DR
APT 525
LEWISVILLE, TX 75067

BOGATI, PHULU
7339 FOXFIELD DRIVE
REYNOLDSBURG, OH 43068

ARTHUR, DUSTIN J
411 KINGSTON CIR
PICKERINGTON, OH 43147

COTTRILL, JON S
1550 CRAIG MOORE RD
LEWISBURG, TN 37091

CAYLOR, CHAD G
5095 DIETRICH AVE
ORIENT, OH 43146

DEBOARD, DYLAN C
111 NORTH CENTER STREET
MT VERNON, OH 43050

SHAW, EMILY M
699 EAGLE RIDGE
POWELL, OH 43065

SUPELAK, MARK S
5641 SELLS MILL DR
DUBLIN, OH 43017

BONNER, KELLY B
1583 PHEASANT RUN DR
NEWARK, OH 43055

POWELL, JUSTIN
6946 SPRUCE PINE DR
COLUMBUS, OH 43235

SWARTZMILLER, RYAN
4721 MICHAEL PLACE
GROVE CITY, OH 43123

BANIK, JULIA
108 WHITETAIL RIDGE WAY
HEBRON, OH 43025

ARY, CHRISTOPHER
14400 SMART COLE RD
OSTRANDER, OH 43061

WAGNER, RANDALL
688 E BEAUMONT RD
COLUMBUS, OH 43214

BAUMGARTNER, DAVID
272 LONGFELLOW AVE.
WORTHINGTON, OH 43085

BAY, AMBER
1891 LAKEVIEW DR
NEWARK, OH 43055

GOSSMAN, BARBARA A
8140 SCHLEPPI ROAD
WESTERVILLE, OH 43081

LEHMAN, SUSAN M
5967 ELIZABETH DR
POWELL, OH 43065

EVANS, LINDY L
528 DONOVAN DR
NEWARK, OH 43055

BREEDING, DAVID O
858 N MAIN ST
MARION, OH 43302

OAKLEY, KENNEDY
2711 DENMARK RD
COLUMBUS, OH 43232

BUTCHER, MICHAEL
1418 MORGAN CENTER RD
UTICA, OH 43080

WOLFE, JANE
15450 ROBINSON ROAD
PLAIN CITY, OH 43064

CRITES, BRADLEY D
8206 ORANGE STATION LOOP
LEWIS CENTER, OH 43035

HUFFMAN, STEPHANIE
3405 BARNSIDE CT
CANAL WINCHESTER, OH 43110

BHATTARAI, RAJ
9233 RUSTON LAN
REYNOLDSBURG, OH 43068

DHITAL, YADHAB
6980 ONYXBLUFF LANE
BLACKLICK, OH 43004

TROUT, BETSY M
2820 MARLO DR
ZANESVILLE, OH 43701

SEMKE, JAY A
6750 HAMLER DR
CANAL WINCHESTER, OH 43110

MCQUOWN, RILEY K
227 FAIRWAY RD
DELAWARE, OH 43015

BENTON, FELICIA R
5684 READERS ST
CANAL WINCHESTER, OH 43110

LUBY, AMY S
5090 GLENWOOD DRIVE
NASHPORT, OH 43830

KRUSE, MARIA J
1205 S. TRYON ST
SUITE 215
CHARLOTTE, NC 28203

DUSH, CHRISTOPHER
2315 WABASH AVE UNIT 38
EIELSON AFB, AK 99702

STRIDSBERG, CARL G
8525 WILD LANE DR
SOUTH CHARLESTON, OH 45368

CLOW, SUZANA E
410 THURBER DR W
APT 14
COLUMBUS, OH 43215

SWOGGER, RACHEL M
4888 DEEPHOLLOW DR
COLUMBUS, OH 43228

ALLEN, PAMELA E
1090 MULFORD ROAD
GRANDVIEW HEIGHTS, OH 43212

KAUP, BRIANNA
902 MARY CHARLES LN
COLDWATER, OH 45828

NEPAL, MADHAV
3433 WESTERVILLE WOODS DR
COLUMBUS, OH 43231

MERCER, BRIGETTE J
1471 HAMMOND RD
REYNOLDSBURG, OH 43068

TABER, DYLAN
2241 S. STATE HWY 121
APT 234
LEWSVILLE, TX 75067

WHITEHEAD, SCOTT D
722 E COLLEGE AVE
WESTERVILLE, OH 43081

BARGER, TRACEY
3970 VALLEY VIEW RD
ZANESVILLE, OH 43701

MOORE, DUANE E
5341 CHERRY BUD CT
COLUMBUS, OH 43228

RIPPETOE, JUNE A
49 KNOLLWOOD COURT
SOUTH BLOOMFIELD, OH 43103

COMER, SHANE
2486 PARLIN DR.
GROVE CITY, OH 43123

OYIEKO, MOURINE
PO BOX 24521
COLUMBUS, OH 43224

GIPSON, ALICIA
6192 PROSEN
WESTERVILLE, OH 43081

HAVER, KELSEY M
3122 SUMMERWOOD CT
GALENA, OH 43021

CHRISMAN, NEIL J
108 BLUE RIDGE COURT
SPRINGTOWN, TX 76082

GANNON III, CARL E
4645 PARRAU DR
COLUMBUS, OH 43228

DAVISSON, BRIAN T
2828 STEMEN RD NW
BALTIMORE, OH 43105

LEWIS, ERICA V
126 N CHERRY ST
MT. GILEAD, OH 43338

JAKOB, MATTHEW P
3323 BLUEMONT PARK
HILLIARD, OH 43026

ADHIKARI, NIL
802 BERNESE CT
REYNOLDSBURG, OH 43068

ALLEN, ZACH
1557 JENNIFER CT
UNIT C
COLUMBUS, OH 43232

MCMAHAN, DIANA
101 ST PATRICKS DR
PO BOX 658
SOMERSET, OH 43783

ODURO, LOUISA
6363 BIRKEWOOD ST
COLUMBUS, OH 43229

SANDS, ANGELA R
205 HILLCREST DR
LANCASTER, OH 43130

BARON, ZACHARY
8885 CROUSE WILLISON RD
JOHNSTOWN, OH 43031

ENGLE, JAMES
195 ANDALUS DR
GAHANNA, OH 43230

DANIELS, DENNIS
8324 DORSEY MILL RD. SE
HEATH, OH 43055

MATHEWS, BRADLEY H
287 N 11TH ST
NEWARK, OH 43055

RALPH, ASHLEY
8 KING AVE
NEWARK, OH 43055

NOBLE, KYLIE J
129 LIBERTY RIDGE CT.
JOHNSTOWN, OH 43031

HARRISON, CARY
625 COUNTRY CLUB DR
C2
NEWARK, OH 43055

REED, TAMMY
6193 NEEDLETAIL RD
COLUMBUS, OH 43230

VAN DER SLUIJS, STACY L
4077 FORTRESS PL
COLUMBUS, OH 43230

KENDALL, ASHLEY M
1518 KREBS DR
NEWARK, OH 43055

OSTERMAN, BRANDI L
22 HIGH RIDGE CIRCLE
FRANKLIN, MA 02038

NEWTON, NICHOLAS A
1047 STEWART ST
NEWARK, OH 43055

FINKE, DANIEL W
8940 CARRIAGE LN
INDIANAPOLIS, IN 46256

BERGER, AMANDA L
16635 NEEDLES ROAD
JOHNSTOWN, OH 43031

RUARK, JOSH M
2680 ALLEGHENY AVE
BEXLEY, OH 43209

BESECE, BARRY L
1170 BROOKHOUSE LN
COLUMBUS, OH 43230

HART, MICHELLE L
6230 BALLENTINE PIKE
SPRINGFIELD, OH 45502

MADRIGAL, MARTHA
4000 ACE LN
LOT 385
LEWISVILLE, TX 75067

SPARKS, BERNADETTE M
941 PEPPERCORN PLACE
COLUMBUS, OH 43230

DAVIS, CARLA C
819 GUMMER CT
REYNOLDSBURG, OH 43068

NGUYEN, BINH N
7929 HEATHERBROOK DR
NORTH RICHLAND HILLS, TX 76182

SENSEL, JAMES C
2246 CLIFFORD CT
LEWIS CENTER, OH 43035

DUNNIGAN, MICHAEL
8425 MARWITHE PLACE
NEW ALBANY, OH 43054

DUNNIGAN, KAREN
8425 MARWITHE PL
NEW ALBANY, OH 43054

HARTLEY, RENEE
11048 YORK RD
BALTIMORE, OH 43105

JOHNSTON, JONI
320 PATASKALA RIDGE DR
PATASKALA, OH 43062

ALBERT, SUSAN L
1818 WHITES COURT
LEWIS CENTER, OH 43035

ANGLIN, STAN
33826 US 36
WARSAW, OH 43844

LEADINGHAM, JESSICA
4083 E SHANNON ST
GILBERT, AZ 85295

BLOSSER, JENNIFER M
6707 GLASIN CT
DUBLIN, OH 43016

SAWTELLE, JOHN
5501 HIGHGATE LN
ROWLETT, TX 75088

AXBERG, CHRISTOPHER M
3709 OLD ORCHARD CT
CARROLLTON, TX 75007

REVELES, MILTON
4430 MERCER ST
GRAND PRAIRIE, TX 75052

PAYNTER, CARRIE S
515 DOVE CREEK PLACE
GRAPEVINE, TX 76051

WILSON JR, JON C
1291 OAKLAND AVE
GRANDVIEW, OH 43212

PEEDIN, ISAIAH
597 PALACE LN
GAHANNA, OH 43230

COLEMAN, LAURA
187 ACTON RD
COLUMBUS, OH 43214

RAI, MANI R
3462 N BELT LINE RD
APT 3112
IRVING, TX 75062

SHARMA, CHAMANDA
5324 WATERVIEW COURT
HALTOM CITY, TX 76137

KEYSER, JENNIFER M
02920 SOUTHLAND RD
NEW BREMEN, OH 45869

MAIN, APRIL
PO BOX 772
STEELVILLE, MO 65565

EICHHORN, BRIAN J
5549 VADEN ST
THE COLONY, TX 75056

VAN HOOSE, VENUS S
348 MOSGROVE ST
URBANA, OH 43078

RUIZ GALLOZA, VICTOR
4803 OSAGE CT
ARLINGTON, TX 76018

WEEKS, GEOFFREY S
1809 DUKE DR
RICHARDSON, TX 75081

FLORES, JAQUELINE
217 ROSE FIRE DR
PATASKALA, OH 43062

ALLEN, STEVEN L
717 SADDLEBACK LANE
FLOWER MOUND, TX 75028

MALLA, SARASWATI
268 DRUMCLIFFEE DRIVE
HASLET FORT WORTH, TX 76052

WATSON, JAMES
3062 DUNLAVIN GLEN ROAD
UPPER ARLINGTON, OH 43221

COMBS, ANTHONY D
1441 LAUREL HALL LN
LITTLE ELM, TX 75068

COLLETT, DUSTIN
2221 BEECHWOOD LANE
FLOWER MOUND, TX 75028

STEWART, MAGGIE
4000 HULEN PL
513
FORT WORTH, TX 76107

HERNANDEZ, KARINA
102 BRIAR OAK DR
MURPHY, TX 75094

COMBS, LIEZL M
1441 LAUREL HALL LN
LITTLE ELM, TX 75068

ACHARYA, DAVE
1654 PENWORTH DRIVE
COLUMBUS, OH 43229

MONREAL, BREANNA J
10016 SAND SPRINGS AVE
DALLAS, TX 75227

TOMARO, MICHAEL
14747 HARVEST GLEN BLVD S
FISHERS, IN 46037

REARDON, CHRISTOPHER M
926 COLORADO DRIVE
ALLEN, TX 75013

ACHARYA, LOK
7311 SERENOA DRIVE
REYNOLDSBURG, OH 43068

KINKADE, JANET
151 GLACIER LILY DR
ALPINE, UT 84004

DAHAL, DEVI
7295 SERENOA DR
REYNOLDSBURG, OH 43068

KARKI, BUDHI
7639 HARBOUR TOWN DRIVE
PICKERINGTON, OH 43147

TCHEUTCHOUA, EMMA D
3229 W NORTHGATE DR
APT 2257
IRVING, TX 75062

ASSAN, JOYCE
2625 SW 75TH ST
GAINESVILLE, FL 32603

MONGER, KARNA
7136 SERENOA DR
REYNOLDSBURG, OH 43068

KSHETRI, KRISHNA
917 DEL PASO ST
APT 257
EULESS, TX 76040

NEOPANEY, BARUN
3518 SHISPER CREEK DR
COLUMBUS, OH 43231

ORMAECHE, ANA
165 N OLD ORCHARD LN AP 822
LEWISVILLE, TX 75067

DHAKAL, INDRA
2053STONE VALLEY PLACE
REYNOLDSBURG, OH 43068

ESTEVANE, ARACELI
105 MIMOSA WAY
VENUS, TX 76084

DHIMAL, KHAGINDRA
756 TRICOLOR DR
REYNOLDSBURG, OH 43068

JOSEPH, FNU
4700 N JOSEY LN
APT 3012
CARROLLTON, TX 75010

ZAMARADI, JOELLE K
3207 TOPANGA CANYON DR
CORINTH, TX 76210

United States Department of Labor
200 CONSTITUTION AVE NW
WASHINGTON    DC 20210

Fidelity Investments
100 Crosby Parkway
Covington, KY 41015

KHATIWADA, NARESH
1712 JORDAN CT
IRVING, TX 75061

OREFFECHI, ANA
3901 ACCENT DR
APT 1012
DALLAS, TX 75287

SUAZO, OLIVIA B
1905 BROOKSHIRE ST
ARLINGTON, TX 76010

BEGEMANN, THOMAS M
731 LIPSCOMB AVE
DALLAS, TX 75214

/s/ Lisa M. Barbacci
Lisa M. Barbacci, Chapter 7 Trustee