UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-50841 |
| Thirty-One Gifts, LLC | CHAPTER 7 |
| Debtor(s). | JUDGE ALAN M. KOSCHIK |

**DECLARATION IN SUPPORT OF THE APPLICATION TO EMPLOY BEDERSON LLP AS TRUSTEE'S ACCOUNTANT**

The undersigned, Charles N. Persing, CPA, hereby states:

1. I am a Certified Public Accountant ("CPA"), Certified in Financial Forensics, a Certified Fraud Examiner, a Certified Insolvency and Restructuring Advisor and a Certified Valuation Analyst, and qualified to render the services described in the annexed Application to Employ Accountant ("Application"). I have extensive experience in representing trustees, debtors, creditors and other parties in insolvency proceedings in both Federal and State courts in New Jersey, New York, Pennsylvania, Delaware, and Connecticut. I am a member of the American Institute of Certified Public Accountants, the Association of Certified Fraud Examiners, the National Association of Certified Valuation Analysts, the Pennsylvania Institute of Certified Public Accountants and the Turnaround Management Association.

2. That I am a Partner with the firm of Bederson LLP ("Bederson"), and that all the employees of Bederson LLP who may be rendering similar services are accountants, and that all work performed by Bederson employees is supervised and reviewed by CPAs.

3. That I have read the Application and that Bederson and myself agree to and approve all the terms and conditions therein.

4. That neither Bederson nor myself have any connection with the Debtor(s), the Trustee, the Creditors, or any other party in interest, or their respective attorneys and/or accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee.

5. That Bederson and myself are disinterested persons and do not hold or represent any interest adverse to the interest of the estate or the Trustee.

6. That neither myself nor any employee of Bederson is a relative of the Bankruptcy Judge approving the employment of Bederson and no employee of Bederson including myself, is or has been connected with the U.S. Trustee or the Bankruptcy Judge so as to render the appointment of Bederson or myself improper.

7. That, by the Application, the Trustee seeks to clarify and disclose the means by which Bederson shall be retained and compensated for fees and expenses incurred that are solely related to the administration and termination of any employee benefit plan including, but not limited to, the Debtor's 401(K) Plan: the Thirty-One Gifts 401(K) Plan ("TOG 401(K) Plan"). Bederson seeks authorization for a flat fee of $35,000.00 for such fees and expenses, which shall be paid as an expense of administration of the Plan. It is my understanding that no fees or expenses for such services shall be paid from any property of the Debtor's Estate.

8. Bederson will seek compensation for services rendered pursuant to the terms and conditions set forth in the Application.

I declare under penalty of perjury, on this the 24th day of September, 2025, that the foregoing is true and correct.

_____
Charles N. Persing
CPA/CFF, CIRA, CFE, CVA