UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: ) Case No. 25-50841
)
Thirty-One Gifts, LLC ) Chapter 7
)
)
Debtor(s). ) JUDGE ALAN M. KOSCHIK

**MINUTES OF MEETING OF CREDITORS**

Date of 341 Meeting: 06/24/25  Time: 9:00 AM

Debtor(s)' Attorney: Marc Merklin

Examination Conducted by:
 Interim Trustee: Lisa M. Barbacci ☒
 Elected Trustee: ☐  Disputed? ☐
 Other: ☐

**Results of Meeting**

Held ☒   Not Held ☐
Concluded ☒   Debtor Failed to Appear ☐
Continued ☐   Attorney Failed to Appear ☐
 Date:    Rescheduled: Yes ☐ No ☐
 Time:    At §341 ☐  Prior to §341 ☐

      Date:
Address: Changed to:   Time:

        Motion to Dismiss to Follow ☐
Address Correct ☒   Other: See Comments: ☐

Case Determined to be: Asset ☒   707(b) Review:
    No-asset ☐   No Action Required ☒
    Undetermined ☐   Recommend UST Action ☐
        (see below/letter to follow)

Creditors Present:
 Creditor   Representative   Address & Phone

Comments:

        /s/ Lisa M. Barbacci
        Lisa M. Barbacci, Trustee