## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF OHIO

| In Re: | Case No. 25-50841 |
|---|---|
| Thirty-One Gifts, LLC | Judge Alan M. Koschik |
| Debtor(s). | Chapter 7 |

## <u>REQUEST FOR NOTICE TO CREDITORS</u>

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

It appears to the Trustee that there will be assets for distribution in the above-captioned matter. Please issue notice to creditors to file claims.

September 29, 2025

/s/ Lisa M. Barbacci
Lisa M. Barbacci (0039392)
600 E Smith Rd.
Medina, OH 44256
(330) 722-4488
barbaccitrustee@gmail.com

Chapter 7 Trustee