# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 25-50841 | AMK | Judge: | Alan M. Koschik | Trustee Name: | Lisa M. Barbacci |
|---|---|---|---|---|---|---|
| Case Name: | Thirty-One Gifts, LLC | | | | Date Filed (f) or Converted (c): | 05/15/2025 (f) |
| | | | | | 341(a) Meeting Date: | 06/24/2025 |
| For Period Ending: | 09/30/2025 | | | | Claims Bar Date: | 01/07/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | Unknown | 1.00 | | 0.00 | 1.00 |
| 2. Huntington National Bank, as of 2/28/25 9725 | 0.00 | 1.00 | | 0.00 | 1.00 |
| 3. Royal Bank of Canada, Thirty One Gifts Canada, Inc., as of 3/20/2025 8180 | 9,340.22 | 1.00 | | 0.00 | 1.00 |
| 4. Huntington National Bank as of 2/28/25 9767 | 0.00 | 1.00 | | 0.00 | 1.00 |
| 5. Huntington National Bank 9712 as of 3/20/2025 9712 | 51,097.14 | 1.00 | | 0.00 | 1.00 |
| 6. Royal Bank of Canada, in the name of Thirty One Gifts Canada, Inc., as of 3/20/2025 1533 | 266.90 | 1.00 | | 0.00 | 1.00 |
| 7. Royal Bank of Canada, in the name of HUNTBK Thirty One Gifts Canada, Inc., as of 3/20/2025 0140 | 19,810.78 | 1.00 | | 0.00 | 1.00 |
| 8. Huntington National Bank, in the name of Thirty One Gifts fbo Huntington National Bank, as of 2/28/2025 9709 | 0.00 | 1.00 | | 0.00 | 1.00 |
| 9. Huntington National Bank, in the name of Thirty One Gifts, LLC, as of 3/20/2025 9738 | 0.00 | 1.00 | | 0.00 | 1.00 |
| 10. Paypal Reserve (may be subject to refund claims) | 307,000.00 | 1.00 | | 0.00 | 1.00 |
| 11. Roetzel & Andress IOLTA | 716,491.63 | 716,491.63 | | 716,491.63 | FA |
| 12. Accounts Receivable 90 days old or less: | 24,914.29 | 1.00 | | 0.00 | 1.00 |
| 13. Accounts Receivable Over 90 days old: | 1,233,837.10 | 1.00 | | 0.00 | 1.00 |
| 14. Accounts Receivable Over 90 days old: | 599,801.43 | 1.00 | | 0.00 | 1.00 |
| 15. Accounts Receivable Over 90 days old: | 149,370.37 | 1.00 | | 0.00 | 1.00 |
| 16. Accounts Receivable Over 90 days old: | 1,624,140.00 | 1.00 | | 0.00 | 1.00 |
| 17. TGTM Holdings LLC 100 % | Unknown | 1.00 | | 0.00 | 1.00 |
| 18. Thirty-One Gifts Internal LLC (sole owner of Thirty-One Gifts Canada Inc.) 100 % | Unknown | 1.00 | | 0.00 | 1.00 |
| 19. Logistics Thirty-One LLC 100 % | Unknown | 1.00 | | 0.00 | 1.00 |
| 20. Debtor has some Duty Draw Back funds that are due. Once the bonds drop there will be a 10% holdback of $389,379 due to Thirty-One from Kanbrick. | 389,379.00 | 1.00 | | 0.00 | 1.00 |

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case No: | 25-50841 | AMK | Judge: | Alan M. Koschik | Trustee Name: | Lisa M. Barbacci |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Thirty-One Gifts, LLC | | | | Date Filed (f) or Converted (c): | 05/15/2025 (f) |
| | | | | | 341(a) Meeting Date: | 06/24/2025 |
| For Period Ending: | 09/30/2025 | | | | Claims Bar Date: | 01/07/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. IT equipment (located in Columbus, OH) | 20,000.00 | 1.00 | | 0.00 | 1.00 |
| 22. 2007 International H Box Truck located in Columbus, OH - May not run | Unknown | 1.00 | | 0.00 | 1.00 |
| 23. Patents SEE ATTACHED EXHIBIT 1 | Unknown | 1.00 | | 0.00 | 1.00 |
| 24. Copyrights for 2_D Artwork SEE ATTACHED EXHIBIT 2 | Unknown | 1.00 | | 0.00 | 1.00 |
| 25. Trademarks SEE ATTACHED EXHIBIT 3 | Unknown | 1.00 | | 0.00 | 1.00 |
| 26. Internet domain names and websites thirtyonegifts.com and mythirtyone.com | Unknown | 1.00 | | 0.00 | 1.00 |
| 27. Claims filed in Interchange Fee Settlement Class Action | Unknown | 1.00 | | 0.00 | 1.00 |
| 28. Sale ofassets - prepetition - to Lolly Togs and Prince House - balnace due (u) | 0.00 | 231,750.00 | | 231,750.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $5,145,448.86 | $948,267.63 | | $948,241.63 | $26.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

(9/30/25) Review of financial accounts, financial activity, accounts receivable, intellectual property, and equipment (Asset Nos. 1-10 and 12-27)

(9/9/25) Order Granting Appl to Employ Bederson, LLP Accountants and Advisors for Trustee (Dkt. #17)
(8/12/25) Appl to Employ Bederson, LLP Accountants and Advisors for Trustee (Dkt. #16)
(6/9/25) Order Authorizing Appl to Employ Gibson & Moran LLC as Attorney for Trustee (Dkt. #12)
(5/16/25) Appl to Employ Gibson & Moran LLC as Attorney for Trustee (Dkt. #5)

RE PROP #    28   --   This asset represents the balance of funds due the estate for the pre-petition sale of assets and equipment from TOG to Authentic Innovations, LLC and Lolly Togs Apparel (LT Apparel) and sale to Princess House for residual equipment from Texas facility.

Initial Projected Date of Final Report (TFR): 03/31/2027    Current Projected Date of Final Report (TFR): 03/31/2027

Trustee Signature:    /s/ Lisa M. Barbacci    Date: 09/30/2025

Lisa M. Barbacci
600 E Smith Rd.
Medina, OH 44256-2666
(330)722-4488
barbaccitrustee@gmail.com